569-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
GRANVILLE NAVIGATION S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GRANVILLE NAVIGATION S.A.,

          Plaintiff,

-against-

TRANSGRAIN SHIPPING (SINGAPORE)
PTE. LTD.,

          Defendant.
------------------------------------------------------------------x

07 CIV ( )

**RULE 7.1 STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification, or recusal, Plaintiff GRANVILLE NAVIGATION S.A. (a private non-governmental party), by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, certifies that it no corporate parents, affiliates and/or subsidiaries which are publicly held

Dated: New York, New York
      November 6, 2007

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
GRANVILLE NAVIGATION S.A.

By: _/s/ Manuel A. Molina_
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

NYDOCS1/293128.1