## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN†
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
? ALSO ADMITTED IN WASHINGTON, D.C.
▲ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

January 7, 2008

**VIA FACSIMILE** (with prior permission from Mr. O'Neill) 212-805-6326        569-07/DPM/MAM

Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

**MEMO ENDORSED**

*Adjourned nunc die [signature] Colleen McMahon 1/8/08*

Re: Granville Navigation S.A. v. Transgrain Shipping (Singapore) Pte. Ltd., 07 Civ 9823 CM)

Dear Judge McMahon:

We represent Plaintiff Granville Navigation S.A. in the captioned action which involves a maritime claim for breach of a charter party contract for the use and operation of the vessel M/V CAMEL and an attachment under Supplemental Rule B. We write, following our telephone conversation today with Mr. O'Neill concerning the status of the case, to request a 60-day adjournment of the initial pre-trial conference scheduled for January 18, 2007.

Plaintiff is seeking to attach the sum of $1,220,695 from Defendant as security for Plaintiff's claims being pursued in London arbitration proceedings. Upon being advised by ABN Amro Bank that it had captured a wire transfer in the sum of $585,637.50, we promptly provided Defendant, on December 10, 2007, with a Notice of Attachment pursuant to Local Admiralty Rule B.2. (Exhibit A attached hereto). To date, Defendant has not appeared or otherwise moved to vacate the attachment. In the meantime, we continue to effect daily service of the writ of attachment in an attempt to fully secure Plaintiff's claim. We, therefore, respectfully request that the Court grant the within application.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

*Manuel A. Molina*
Manuel A. Molina

NYDOCS1/296551.1

# EXHIBIT A

JAN. 7. 2008 4:36PM  FREEHILL HOGAN MAHAR  NO. 4496  P. 3/5
Case 1:07-cv-09823-CM   Document 6   Filed 01/08/2008   Page 3 of 5

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.◊
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*◊
MICHAEL E. UNGER†
WILLIAM J. PALLAS*
GINA M. VENEZIA▲
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊
DANIEL J. FITZGERALD*†◊
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN WASHINGTON, D.C
▲ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

December 10, 2007

OUR REF: 569-07/DPM/MAM

VIA FACSIMILE    011-65 6 225 58 40

Transgrain Shipping (Singapore) Pte. Ltd.
158 Cecil Street #09-01
Dapenso Building
Singapore 069545

Re:  Granville Navigation S.A. v. Transgrain Shipping (Singapore) Pte. Ltd.
     SDNY:  07 CIV 9823  (CM)

## NOTICE OF ATTACHMENT

Dear Sirs:

We are attorneys for Plaintiff Granville Navigation S.A> in the above-referenced matter which concerns a dispute between Plaintiff and Transgrain Shipping (Singapore) Pte. Ltd. ("Transgrain") regarding a breach of maritime contract of charter party for the M/V CAMEL. We have applied for and obtained a Court-ordered writ of maritime attachment against property of Transgrain from the United States District Court for the Southern District of New York, and we served the writ on garnishee banks in New York. We have been advised by garnishee the ABN Amro Banks that funds in the sum of $585,637.50 belonging to Transgrain have been restrained pursuant to the writ. This letter is being sent to you pursuant to our Local Admiralty Rule B.2 in order to provide you with notice of the attachment.

If you would like to review a copy of our pleadings, we would be happy to send them to you. Alternatively, or in addition, should you wish to instruct New York counsel regarding this matter, we would be happy to send a copy to them. If you would like to arrange for the posting of suitable security to allow us to release the attachment, we would be pleased to discuss that with you as well. Finally, the Rules provide for a prompt post-seizure hearing before the Court.

NYDOCS1/295214.1

December 10, 2007
Page 2

We look forward to hearing from you.

         Very truly yours,

         FREEHILL HOGAN & MAHAR LLP

         */s/ Manuel A. Molina*

         Don P. Murnane, Jr.
         Manuel A. Molina

NYDOCS1/295214.1      FREEHILL, HOGAN & MAHAR LLP

```
* * * COMMUNICATION RESULT REPORT ( DEC. 10. 2007 9:58AM ) * * *

                                                    FAX HEADER 1:  FREEHILL HOGAN MAHAR
                                                    FAX HEADER 2:

TRANSMITTED/STORED : DEC. 10. 2007  9:56AM
FILE MODE           OPTION            ADDRESS              RESULT        PAGE
-----------------------------------------------------------------------------
4377 MEMORY TX                        G3 :     R74990      OK            2/2
-----------------------------------------------------------------------------
       REASON FOR ERROR
         E-1) HANG UP OR LINE FAIL            E-2) BUSY
         E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
         E-5) MAIL SIZE OVER
```

LAW OFFICES OF
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS
ERIC E. LENCK
JOHN J. WALSH
PATRICK J. BONNER
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN
DON P. MURNANE, JR.
THOMAS M. RUSSO
THOMAS M. CANEVARI
MICHAEL FERNANDEZ
JOHN F. KARPOUSIS
MICHAEL E. UNGER
WILLIAM J. PALLAS
GINA M. VENEZIA
BARBARA G. CARNEVALE
DOLORES N. O'LEARY
MANUEL A. MOLINA
LAWRENCE J. KAHN
JUSTIN T. NASTRO
PAMELA L. SCHULTZ
DANIEL J. FITZGERALD
JILL A. TAFT
MICHAEL C. ELLIOTT

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
♦ ALSO ADMITTED IN WASHINGTON, D.C.
§ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

December 10, 2007

OUR REF: 569-07/DPM/MAM

VIA FACSIMILE    011-65 6 225 58 40

Transgrain Shipping (Singapore) Pte. Ltd.
158 Cecil Street #09-01
Dapenso Building
Singapore 069545

Re:  Granville Navigation S.A. v. Transgrain Shipping (Singapore) Pte. Ltd.
     SDNY: 07 CIV 9823 (CM)

**NOTICE OF ATTACHMENT**

Dear Sirs:

We are attorneys for Plaintiff Granville Navigation S.A> in the above-referenced matter which concerns a dispute between Plaintiff and Transgrain Shipping (Singapore) Pte. Ltd. ("Transgrain") regarding a breach of maritime contract of charter party for the M/V CAMBL. We have applied for and obtained a Court-ordered writ of maritime attachment against property of Transgrain from the United States District Court for the Southern District of New York, and we served the writ on garnishee banks in New York. We have been advised by garnishee the ABN Amro Banks that funds in the sum of $585,637.50 belonging to Transgrain have been restrained pursuant to the writ. This letter is being sent to you pursuant to our Local Admiralty Rule B.2 in order to provide you with notice of the attachment.

If you would like to review a copy of our pleadings, we would be happy to send them to you. Alternatively, or in addition, should you wish to instruct New York counsel regarding this matter, we would be happy to send a copy to them. If you would like to arrange for the posting of suitable security to allow us to release the attachment, we would be pleased to discuss that with you as well. Finally, the Rules provide for a prompt post-seizure hearing before the Court.

NYDOCS1/295214.1