

BLANK ROME, LLP
Attorneys for Defendant
Transgrain Shipping (Singapore) Pte. Ltd.
Jack A. Greenbaum (JG 0039)
405 Lexington Ave.
New York, N. Y. 10174
(212) 885-5000
(917) 332-3934
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

GRANVILLE NAVIGATION S.A.

      Plaintiff,

      - v –

TRANSGRAIN SHIPPING (SINGAPORE)
PTE. LTD.

      Defendant.

07 CV 9823 (CM)

**ORDER TO SHOW CAUSE WHY
ATTACHMENT SHOULD NOT BE
VACATED OR REDUCED**

Upon the Declarations of Jack A. Greenbaum, dated February 19, 2008, and of Timothy Hill and Katrakis Iraklis, each dated February 12, 2008, and Transgrain Shipping (Singapore) Pte. Ltd.'s ("Transgrain") Memorandum of Law, it is Ordered that Plaintiff, Granville Navigation S.A., show cause before this Court in Courtroom 21B, United States District Court, 500 Pearl Street, New York, N. Y., on 2/28, 2008 at 2:30 p.m., why an Order should not be entered, pursuant to Rule E(4)(f) and (6) of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, vacating or reducing the maritime attachment issued in this action, and granting Transgrain such other and further relief as the Court may deem just and appropriate.

Service of a copy of this Order and the papers on which it is based by e-mail to Plaintiff's counsel, Donald P. Murnane and/or Manuel A. Molina and/or Freehill, Hogan & Mahar, LLP on or before February 20, 2007 at 5 p.m., shall be deemed sufficient.

Plaintiff shall serve attorneys its Opposition on Transgrain's counsel on or before 2/25, 2008.

Transgrain shall serve its Reply on Plaintiff's attorneys on or before 2/26, 2008.

Dated: New York, New York
      February 2, 2008

_____
United States District Judge

2