LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

**MEMO ENDORSED**

2/21/08
Plaintiff's request for an extension is granted. Matter is adj for hearing on March 13, 2008 at 2pm.

[signature]

February 21, 2008

560-07/DPM/MAM

BY FACSIMILE (with prior authorization) (212) 805-6326

Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

Re: Granville Navigation S.A. v. Transgrain Shipping (Singapore) Pte. Ltd.
07 Civ 9823 (CM)

Dear Judge McMahon:

We represent Plaintiff Granville Navigation S.A. in the captioned action which involves a maritime claim for breach of a charter party contract for the use and operation of the vessel M/V CAMEL and an attachment under Supplemental Rule B. Following Plaintiff's attachment of Defendant's assets on December 10, 2007 and February 11, 2008, Defendant has now moved to vacate or reduce the attachments.

Pursuant to Your Honor's Order of February 20, 2008, Plaintiff's opposition to the motion is due on February 25, 2008. Because Plaintiff needs to obtain evidence from abroad, we requested, and Defendant's counsel consented to, a brief extension of that deadline up to and including February 28. In exchange, we have similarly agreed to extend Defendant's deadline for the filing of any reply submission from February 26, 2008 up to and including March 4. Provided the Court has no objection, we would like to proceed on this basis. Accordingly, we respectfully request that the Court grant the within application seeking a modification of the briefing schedule set forth in the Court's February 20, 2008 Order.

NYDOCS1/299405.1

February 21, 2008
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

*Manuel A. Molina*

Don P. Murnane, Jr.
Manuel A. Molina

cc: *VIA E-MAIL*

BLANK ROME LLP
405 Lexington Avenue
New York, NY 10174

Attn: Jack Greenbaum, Esq. jgreenbaum@BlankRome.com

NYDOCS1/299405.1

FREEHILL, HOGAN & MAHAR LLP