AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

GRANVILLE NAVIGATION S.A.

Plaintiff,

– v –

TRANSGRAIN SHIPPING (SINGAPORE) PTE. LTD.

Defendant.

**APPEARANCE**

Case Number: 07 CV 9823 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
TRANSGRAIN SHIPPING (SINGAPORE) PTE. LTD.

I certify that I am admitted to practice in this court.

| 2/27/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Jack A. Greenbaum | JG-0039 |
| | Print Name | Bar Number |
| | Blank Rome LLP, 405 Lexington Avenue | |
| | Address | |
| | New York / New York / 10174 | |
| | City / State / Zip Code | |
| | (212) 885-5284 | (212) 885-5001 |
| | Phone Number | Fax Number |