569-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
GRANVILLE NAVIGATION S.A.
80 Pine Street
New York, NY  10005
Telephone: (212) 425-1900 / Fax:  (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x     07 CIV 9823 (CM)
GRANVILLE NAVIGATION S.A.,
                                                                            **MOLINA AFFIDAVIT IN**
                                                                            **OPPOSITION TO MOTION**
                            Plaintiff,                                 **TO VACATE OR TO**
      -against-                                                    **REDUCE ATTACHMENT**

TRANSGRAIN SHIPPING (SINGAPORE)
PTE. LTD.,

                            Defendant.
------------------------------------------------------------x

State of New York    )
                                ) ss.:
County of New York )

      MANUEL A. MOLINA, being duly sworn, deposes and says as follows:

      1.     I am a member of the Bar of the United States District Court, Southern District of New York, admitted to practice before this Court and I am an associate of the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiff GRANVILLE NAVIGATION S.A.

      2.     This Affidavit is submitted in opposition to the motion of Defendant TRANSGRAIN SHIPPING (SINGAPORE) PTE. LTD.

3. Annexed hereto as Exhibit A hereto is a copy of the Verified Complaint filed in this action.

4. Annexed hereto as Exhibit B is a copy of the Order of Attachment signed by the Court on November 8, 2008.

Dated: New York, New York
February 28, 2008

_____
Manuel A. Molina

Sworn to before me this
28 day of February, 2008

_____
Notary Public

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified in Queens County
Certified in New York County
Commission Expires Dec. 31, 2010