# ATTACHMENT 1

**Maria Stavropoulou**

**From:** John Gazis [clionet@ath.forthnet.gr]
**Sent:** 18 September 2007 15:22
**To:** Maria Stavropoulou
**Subject:** RE: TRANSGRAIN RECAP

18/9/2007

FM CLIO NAVIGATION CORP-PIRAEUS
TO HILL TAYLOR DICKINSON-PIRAEUS

ATTN : MRS MARIA STAVROPOULOU
==============================

RE:MV CAMEL
----------

PLEASE FIND ATTACHED THE RECAP OF FIXTURE

---

ROYAL MARITIME INC.
18 AGAMEMNONOS STR.-185 33 ,KASTELLA-PIRAEUS-GREECE TEL:+30 210 4110177 (PBX) - FAX: +30 210 4110113
E-MAIL: CHARTERING@ROYALMARITIME.GR
=================================

* Fixture Recap Date 29/08/07

PLEASED TO CONFIRM HAVING CLEAN FIXED

M/V CAMEL

- SELFTRIMMING SINGLEDECK BULKCARRIER
- VESSEL'S EX NAME: SEADANCE
- BUILT: 1978
- FLAG: PANAMA
- CLASS: BUREAU VERITAS
- 44.750 MTONS DWAT ON 12.249 METRES SSW DRAFT
- LOA/BEAM: 182.82 M /30.12 M
- TPC 49 MTONS IN LOADED CONDITION
- GT/NT: 26.194 / 14.930
- SUEZ GRT/NRT: 27406,3 / 23187,33
- 54.103 CUBIC METERS GRAIN IN MAIN HOLDS, BREAKDOWN AS FOLLOWS:
 1) 8.213 CBM
 2) 9.147 CBM
 3) 9.507 CBM
 4) 9.466 CBM
 5) 9.176 CBM
 6) 8.594 CBM
- 6 HOLDS/HATCHES
- HATCH DIMENSIONS: NO1; 11.9 X 13.9M NOS 2-6; 15.1 X 16.5 M
- TYPE HATCHCOVERS:MCGREGOR STEEL HATCHCOVERS, FOLDING TYPE
- HEIGHT WATERLINE/TOP OF HATCHCOAMING FULLY BALLASTED FRD ABT 14 MTRS AND AFT ABT 12,5 MTRS.
- GEAR: 3 X 15MT CRANES, BUT VESSEL TO BE CONSIDERED AS G E A R L E S S
- VESSEL IS CAPABLE OF STEAMING AND MAINTAINING A SPEED OF ABOUT 11 KNOTS ON ABT 28 MTONS IFO LADEN RESP. 27 MTONS BALLAST PLUS 3.2 MTONS MDO. PORT CONSUMPTION ABT 2,5 MTONS MDO (IDLE). VESSEL CONSUMES MDO IN NARROW WATERS, DURING MANOEUVRING AND IN/OUT PORTS
- ENGINE/BRIDGE AFT
- LAST DRYDOCK WHERE/WHEN: LAST SPECIAL SURVEY ROMANIA/NOV 2006
- IMO NO: 7526675
- ISS CERTIFICATE - YES
- I.S.M. CERTIFICATE - YES
- SECURITY LEVEL AT LAST 10 PORTS: ONE
- CALL SIGN: 3 E D C 7
- TELEX ON BOARD/NUMBER: 437154610, 437154611 TELEPHONE NUMBER MINI M:

764566585, FAX: 764566586
- EMAIL ADDRESS: captain@camel.amosconnect.com
- HOLDS TO BE STEEL FLOORED THROUGHOUT
- VESSEL HAS NO OBSTRUCTED HOLDS, CENTERLINE BULKHEADS AND/OR BEAMS, NO DEEPTANKS OR COMPARTMENTS THAT WERE ORIGINALLY CONSTRUCTED AS DEEPTANKS, REEFERSPACE OR SPECIAL CARGO LOCKER SPACE
- CONSTANTS ABOUT 300 MTONS EXCLUDING FRESH WATER
- CAPACITIES: IFO ABOUT 2050 MT, MDO 190 MT, FRESH WATER 240 MT
- POSITION: ETS DAHEJ 3/4 SEPTEMBER WP AGW

- LAST 5 CARGOES AND CHARTERERS, STARTING FROM THE LAST:

1. ACCNT CMC R.PHOSPHATE IN BULK
2. ACCNT TRANSAMMONIA UREA IN BULK
3. ACCNT ETA CLINKER IN BULK
4. ACCNT TRANSGRAIN BARLEY IN BULK
5. ACCNT TRANSGRAIN BARLEY IN BULK.

- HEADOWNERS' FULL STYLE: GRANVILLE NAVIGATION SA
80, BROAD STRTEET
MONROVIA / LIBERIA

- MANAGERS' FULL STYLE: CLIO NAVIGATION CORP.
13, SACHTOURI STREET
185 36 - PIRAEUS / GREECE
TEL: 0030 210 4532900

- TIMECHARTERERS' FULL STYLE: N/A
- OTHER VESSELS OWNED/MANAGED: M/V ZEBRA
- HEADOWNERS' P AND I CLUB: THE AMERICAN CLUB

- HEADOWNERS' TO SEND A FAX TO 'TRANSGRAIN ROTTERDAM, FAX NO. ++31 10 4134233, LATEST UPON FIXING MAINTERMS, CONFIRMING VESSEL IS FULLY COVERED FOR THE VOYAGE. ALSO OWNERS WILL SEND TO CHRTS PANDI ENTRY CERTIFICATE.

- HEADOWNERS TO FAX COPIES OF VESSEL'S CLASS, GEAR AND ISM, ISS CERTIFICATES TO CHARTERERS, NO. ++31 10 4134233, LATEST UPON FIXING MAINTERMS

HEADOWNERS WARRANT THAT DURING THE CURRENCY OF THIS C/P:

- BOTH THE VESSEL AND THE COMPANY SHALL COMPLY WITH THE ISM CODE, AND THE ISPS CODE ACCORDING THE IMO REGULATIONS/NEW SOLAS CONVENTION CHAPTER XI-2 AND ITS LATEST UPDATES. CHARTERERS' CONTACT DETAILS/PIC TO BE ADVISED UPON FULLY FIXING.
- VESSEL SHALL NOT CHANGE OWNERSHIP AND/OR CLASS WITHOUT CHARTRS' WRITTEN CONSENT
- VESSEL'S CLASS TO BE FULLY MAINTAINED DURING THE CURRENCY OF THIS C/P
- VESSEL'S HULL AND MACHINERY INSURANCE SHALL BE FULLY MAINTAINED AND WILL NOT BE CHANGED. HULL AND MACHINERY VALUE US$ 6 M, COVERED THROUGH HELLENIC HULL.
- VESSEL IS FULLY SUITABLE FOR GRAB DISCHARGE
- VESSEL IS FULLY P AND I COVERED WITH THE AMERICAN CLUB, WHICH SHALL BE MAINTAINED DURING THE CURRENCY OF THIS CHARTER PARTY
- VESSEL HAS PHILIPPINO CREW COVERED WITH P.O.E.A. AGREEMENT EXCEPT FOR THE MASTER WHO IS GREEK
- VESSEL IS FULLY FITTED FOR SUEZ CANAL, PANAMA CANAL AND TURKISH STRAITS ACCORDING TO THE LATEST REGULATIONS
- VESSEL'S HATCHCOVERS ARE ABSOLUTELY WATERTIGHT. CHARTERERS SHALL HAVE THE OPTION OF PERFORMING A HOSE TEST IF REQUIRED.
- VESSEL WILL NOT BE SCHEDULED FOR BREAK UP OR SOLD FOR SCRAP DURING THIS CHARTER RESP. UPON COMPLETION OF THIS CHARTER.

FOR

- ACCOUNT TRANSGRAIN SHIPPING (SINGAPORE) PTE LTD

- 1-2 SB NOVORROSIYSK OR IN CHOPT 1-2 SB ODESSA OR IN CHOPT 1-2 SB SEVASTOPEL OR IN CHOPT 1-2 SB TUAPSE / 1-2 SB EACH 1-2 SP OUT OF YANBU,

JEDDAH OR GIZAN IN CHOPT
- SHIFTING TIME BETWEEN BERTHS, IF ANY, TO COUNT AS LAYTIME AND ALL SHIFTING EXPENSES TO BE FOR CHRTRS' ACCOUNT
- 40.000 MTONS 10% MOLOO OF BARLEY IN BULK STWG ABT 51' WOG
- MAINHOLD(S) STOWAGE ONLY - NO OPTION PARTCARGO
- OWNERS WARRANT THE VESSEL CAN SAFELY STOW AND CARRY THE CARGO WITHOUT REQUIRING ANY BAGGING, STRAPPING AND/OR SECURING OF THE CARGO
- 2 CONSEC VOYAGES; LAYDAYS/CANCELLING:
  1ST VOYAGE: 20 SEPTEMBER 2007 0800 / 30 SEPTEMBER 2007 0900 AND 2ND VOYAGE IN DIRECT CONTINUATION OF FIRST SHIPMENT
- 8.000 MTONS PER WEATHER WORKINGDAY OF 24 CONSEC HOURS LOAD
- 3.000 MTONS PER WEATHER WORKINGDAY OF 24 CONSEC HOURS DISCHARGE
- LOADING/DISCHARGING TIME TO BE NON REVERSIBLE
- AT LOADING AND DISCHARGING PORT NOTICE OF READINESS TO BE GIVEN TO CHRT'S AGENTS DURING NORMAL LOCAL OFFICE HOURS AND LAYTIME TO START COUNTING AS PER 08/14 CLS WWWW.
- NOTICE OF READINESS NOT TO BE GIVEN/TENDERED BEFORE COMMENCEMENT OF LAYDAYS. ANY TIME USED PRIOR COMMENCEMENT OF LAYDAYS NOT TO COUNT
- IF BY REASON OF CONGESTION OR UNAVAILABILITY OF BERTH VESSEL IS UNABLE TO ENTER THE LOADING/DISCHARGING PORTS, MASTER HAS THE PRIVILEGE TO TENDER N.O.R. IN ACCORDANCE WITH THE CHARTER PARTY, BY TELEX/FAX OR EMAIL AND LAYTIME TO COMMENCE AS PER RELATIVE CLAUSE OF CP WHETHER IN BERTH OR NOT, WHETHER IN PORT OR NOT, WHETHER IN FREE PRATIQUE OR NOT, WHETHER CUSTOMS CLEARED OR NOT, PROVIDED VESSEL HAS ARRIVED AT THE USUAL WAITING PLACE OF THE PORT DESIGNATED BY PORT AUTHORITIES. SHIFTING TIME FROM ANCHORAGE OR WAITING PLACE TO LOADING/DISCHARGING BERTHS NOT TO COUNT. SHOULD THE VESSEL BE UNABLE TO OBTAIN FREE PRATIQUE AND/ OR CUSTOMS CLEARANCE ON ENTERING LOADING/DISCH PORT, TIME LOST, IF ANY, IN OBTAINING FREE PRATIQUE AND/OR CUSTOMS CLEARANCE BY REASON OF VESSELS' FAULT NOT TO COUNT AS LAYTIME .
- AT LOADING TIME FROM SATNOON UNTIL MONDAY 8AM OR FROM 5PM ON DAYS PRECEDING LEGAL OR LOCAL HOLIDAYS UNTIL NEXT WORKING DAY AT 8AM NOT TO COUNT EVEN IF USED
- AT DISCHARGE TIME FROM THURSDAY-NOON UNTIL SATURDAY 8 AM OR FROM 5PMON DAYS PRECEEDING LEGAL OR LOCAL HOLIDAYS UNTIL 8AM NEXT WORKING DAY, NOT TO COUNT EVEN IF USED
- AT SECOND PORT OF DISCHARGING, LAYTIME OR TIME ON DEMURRAGE SHALL RESUME COUNTING FROM VESSEL'S ARRIVAL IN CUSTOMARY WORKING HOURS, OR FROM VESSEL'S ARRIVAL AT A USUAL WAITING PLACE, IF BERTH IS UNAVAILABLE.
- DEMURRAGE USD 15.000 PDPR/DHDWTS AT LOAD, DESP 1/3 DEM WTS AT DISCH
- FREIGHT USD 45,- PER MTON BASIS DISCHARGE JEDDAH OR YANBU FIOT PLUS 200,000 USD BALLASTBONUS TO BE PAID AFTER COMPLETION OF DISCHARGE AND VESSEL SAILING FROM DAHEJ
- FREIGHT FOR SECOND SHIPMENT: USD 45,50 PER MTON BASIS DISCHARGE JEDDAH OR YANBU FIOT
- CHRTS TO PAY USD 2,00 PER MTON ADDITIONAL FREIGHT ON ENTIRE CARGO FOR DISCHARGE AT GIZAN
- CHRTS TO PAY USD 2,00 PER MTON ADDITIONAL FREIGHT ON ENTIRE CARGO FOR OPTIONAL 2ND DISCHARGE PORT
- ALL FREIGHTS BASIS INTAKEN WEIGHT FIO SPOUT A/O GRABTRIMMED
- 95 PCT LESS COMMISSION, BROKERAGE, ESTIMATED DESPATCH IN LOADING IF ANY, PAYABLE WITHIN 3 BANKINGDAYS AFTER SIGNING ALL THE REQUIRED NUMBER CLEAN BSLADING MARKED 'CLEAN ON BOARD' AND 'FREIGHT PREPAID' AS AND WHEN PRESENTED TO THE MASTER AND WHICH TO BE KEPT IN CUSTODY BY LOADPORT AGENTS. OWNERS TO INSTRUCT THESE AGENTS TO RELEASE THE BSLADING IMMEDIATELY UPON RECEIPT OF THE FREIGHT BY OWNERS BANKERS. IN CASE BILLS OF LADING ARE MARKED 'FREIGHT PAYABLE AS PER CP' SAME TO BE RELEASED IMMEDIATELY UPON COMPLETION OF LOADING BALANCE LESS DESPATCH OR PLUS DEMURRAGE AS THE CASE MAY BE PAYABLE AFTER COMPLETION OF DISCHARGE AGAINST TS/SOF/NOR.
- FREIGHT MAY ONLY BE PAID TO HEADOWNERS OF THE VESSEL AS STATED IN LINE 1 OF THE C.P. SHOULD HEADOWNERS REQUIRE PAYMENT TO BE MADE TO AN ALTERNATIVE BENEFICIARY THAN SUCH PAYMENT IS ONLY TO BE MADE UPON RECEIPT BY CHARTERERS OF A DULY AUTHORISED LETTER(AS DECLARED BY CHARTERERS), SIGNED BY ALL DIRECTORS OF THE HEADOWNING COMPANY AS STATED IN LINE 1
- DEMURRAGE/DESPATCH AT BOTH ENDS TO BE SETTLED BETWEEN OWNERS AND CHARTERERS
- SHIFTING TIME FROM LAYBY BERTH, ANCHORAGE, ROADS TO LOADING/ DISCHARGING BERTH NOT TO COUNT, EVEN IF THE VESSEL IS ALREADY

ON DEMURRAGE
- CENTROCON ARBITRATION CLAUSE AMENDED TO 12 MONTHS. FOR CLAIMS NOT EXCEEDING USD 50.000 ARBITRATION TO BE CONDUCTED ACCORDING TO THE LMAA SMALL CLAIMS PROCEDURE
- OWNERS TO APPOINT AGENTS NOMINATED BY CHARTERERS BENDS - TO BE ADVISED
- BOTH ENDS TAXES AND/OR DUES ON CARGO/FRGHT, IF ANY, TO BE FOR CHRTS'/ RECEIVERS' ACCOUNT. TAXES AND/OR DUES ON VESSEL AS WELL AS CUSTOMARY PORT CHARGES INCLUDING BERTHING AND/OR QUAY DUES, WHARFAGES, DOCKAGES AND/OR BERTH OCCUPANCY CHARGES, IF ANY, TO BE FOR OWNERS' ACCOUNT.
- VESSEL TO BE FREE OF EXTRA INSURANCE DUE TO VESSEL'S AGE
- MASTER HAS THE RIGHT, IN CONJUNCTION WITH CARGO SURVEYOR, TO REJECT ANY CARGO THAT WOULD CAUSE HIM TO CLAUSE THE BSLADING, HOWEVER SUCH SURVEYOR TO BE PAYABLE BY CHRTS
- IF REQUIRED BY SHIPPERS/RECEIVERS TO FACILITATE LOADING/DISCHARGING, THE VESSEL SHALL WARP ALONG THE QUAY AT OWNERS' EXPENSE BUT IN CHARTERERS' TIME.
- MASTER TO GIVE BY CABLE/TELEX (TO BE ADVISED) 5, 3 AND 2 DAYS AND 24 HOURS NOTICE OF VESSEL'S ETA AT DISCHARGING PORT
- IF, UPON VESSEL'S ARRIVAL AT DISCHARGE PORT, THE ORIGINAL BILL OF LADING HAS NOT BEEN DELIVERED YET TO THE VESSEL AND CARGO INTEREST HAVE NOT PROVIDED AN INDEMNITY ACCEPTABLE TO THE VESSEL FOR DELIVERY OF THE CARGO, CHARTERERS HAVE THE RIGHT, BUT NOT THE OBLIGATION, TO ORDER DELIVERY OF THE CARGO AGAINST CHARTERERS' LETTER OF INDEMNITY (LOI) IN OWNERS' PANDI WORDING, SIGNED BY THE CHARTERERS ONLY
- OTHERWISE AS PER TGS/CAMEL CP DATED 17/4/07
- 3.75 PCT TTL ON FDD INCLADD+1,25 PCT TO ROYAL MARITIME INC.

RGRDS
ROYAL MARITIME INC.

----------------------------

THANKS
BEST REGARDS/CPT GAZIS VASSILIOS

CONTINENT GRAIN CHARTERPARTY

adopted PARIS 1957 · amended 1960 · amended 1974 · amended 1990
by SYNDICAT NATIONAL DU COMMERCE EXTÉRIEUR DES CÉRÉALES
amended 1960, 1974, and 1990 in agreement with COMITÉ CENTRAL DES ARMATEURS DE FRANCE
in cooperation with the French Chartering and S.& P. Broker's Association
adopted by the DOCUMENTARY COMMITTEE of THE BALTIC AND INTERNATIONAL MARITIME COUNCIL

ORIGINAL

ROYAL [illegible] INC. MARSHALL ISLANDS 2006

Code name SYNACOMEX 90

Copyright «SYNACOMEX» and «COMITÉ CENTRAL DES ARMATEURS DE FRANCE»

Rhoon, 17th April 2007

* CAREBEKA *
Dienstenstraat 15
3161 GN Rhoon
phone (10) 4799500
fax (10) 4795391
TRANSPORT (ROTTERDAM) B.V.

**Owners**

1. It is this day agreed between *Granville Navitaion S.A., Monrovia / Liberia*

**Vessel**

Owners of the *m.v. "CAMEL"* of *26,194 / 14,930* tons gross/nett Register and classed *Bureau Veritas* carrying about *44,750 metric* tons deadweight *all told* ~~exclusive of bunkers~~. *See Clause 30 for description*

now *vessel presently at Odessa, Etb 21st/22nd February 2007, Etc end February wp/agw/uce* and expected ready to load about *in direct continuation*

**Charterers**

and *Transgrain Shipping (Singapore) Pte. Ltd.* as Charterers.

**Loading port(s)**

2. That the said vessel being tight, staunch and in every way fit for the voyage, shall with all convenient speed proceed to *1-2 safe berth(s) Odessa or 1-2 safe berth(s) Yuzhny, or 1-2 safe berth(s) Sevastopol in Charterers' option (Loadport option to be delcared latest on passing the Bosporus)* which in case of named port(s) Owners acknowledge as safe and suitable for this vessel and there load a) always afloat ~~b) always afloat or safely aground~~ in such safe berth, dock, wharf ~~or anchorage~~ as Charterers or their Agents or Shippers may direct a ~~full and complete~~ cargo of ~~wheat and/or maize and/or rye and/or~~ barley of *38,000* metric tons in bulk (5% more or less in Owners' option), *stowing about 51' without guarantee.*

**Cargo**

Shippers have the option of using a second safe berth. The time for shifting between the two berths shall count as laytime, but *all* shifting expenses shall be for ~~vessel's~~ *Charterers'* account. Owners shall provide and install at their risk and expense and on their time all that is required for safe stowage of grain according to local and international regulations. *Owners warrant the vessel can safely stow and carry the cargo without requiring any bagging, strapping and/or securing of the cargo.* The whole cargo shall be carried and stowed under deck *in vessel's mainholds only*. All cargo on board to be delivered. *No option partcargo.* The cargo shall not exceed what the vessel can reasonably stow and carry over and above her bunkers, apparel, stores, provisions and accommodation.

Furthermore, if stowage bags have been specifically agreed, the following shall apply: ~~Charterers shall supply for stowage purposes a quantity of bagged cargo not exceeding~~ ~~per cent, which shall be stowed at their risk and expense.~~ The ~~number of~~ *quantity of cargo* ~~bags~~ signed for on Bills of Lading to be binding on vessel and Owners, unless error or fraud be proved

**Discharging port(s)**

3. Being so loaded, the vessel shall proceed with all convenient speed direct to *1-2 safe berth(s) each 1-2 safe port(s) out of Yanbu, or Jeddah, or Gizan in Charterers' option, or 1-2 safe berth(s) each out of Dammam or Jubail in Charterers' option, where Owners warrant vessel's arrival draft shall not exceed 11.50 metres SW* which in case of named port(s) Owners acknowledge as safe and suitable for this vessel, and there discharge the cargo a) always afloat ~~b) always afloat or safely aground~~ in such safe berth, dock, wharf ~~or anchorage~~ as Charterers or their Agents or Receivers may direct. Receivers have the option of using a second safe berth. The time for shifting between the two berths shall count as laytime, but *all* shifting expenses shall be for ~~vessel's~~ *Charterers'* account.

**Freight**

4. The freight agreed under this Charterparty shall be *USD 40.00 per metric ton basis discharge Jeddah or Yanbu.*
*USD 48.00 per metrict ton basis discharge Dammam or Jubail.*
*- Charterers to pay USD 2.00 per metric ton additional freight on entire cargo for discharge at Gizan, if used.*
*- Charterers to pay USD 2.00 per metric ton additional freight on entire cargo for optional 2nd discharge port, if used.*
per ton of 1,000 kilos on nett Bill of Lading weight ~~less 0.50 per cent~~ and shall be deemed earned *on signing and releasing Bills of Lading* ~~as cargo is loaded on board,~~ prepaid discountless and non returnable, vessel and/or cargo lost or not lost. The freight shall be paid as follows: *See Clause 31*

# ORIGINAL

**Loading and discharging**

All charges and dues levied on the cargo*/freight, if any,* shall be for Charterers*/Receivers'* account and those levied on the vessel for Owners' account *(see also Clause 38)*

5. Cargo shall be loaded, spout *and/or grab*-~~trimmed and/or stowed~~ at the expense and risk of Shippers/Charterers at the average rate of *8,000 metric tons per weather workingday of 24 consecutive hours* ~~weather permitting.~~

Cargo shall be discharged at the expense and risk of Receivers/Charterers at the average rate of *5,000 metric tons per weather workingday of 24 consecutive hours basis discharging Saudi Arabia* ~~weather permitting.~~ *Loading/Discharging time to be non-reversible.*

Stowage shall be under Master's direction and responsibility. Shippers' and/or Charterers' representatives have the right to be on board the vessel during loading, discharging or lightering for the purpose of inspecting the cargo and/or weighing. Charterers and Owners are allowed to work overtime, such expenses shall be for account of the party ordering same. If ordered by Port Authorities, overtime shall be for Charterers' account. Overtime services rendered by ship's crew shall be in all cases for Owners' account.

**Laydays/Cancelling**

6. ~~At port of loading laytime shall not count before 8.00 a.m. on the~~ ~~and in any case not before the date notified by the 10 days notice as per clause No. 7. Should the vessel's notice of readiness not be validly tendered as per clause 8 before 09.00 hours on the~~ *Laydays/Cancelling dates in direct continuation from the present voyage, where it is understood that vessel shall proceed in ballast to the Black Sea.* Charterers shall have the option of cancelling this charter at any time thereafter, but not later than one hour after the notice is validly tendered.

*Notice of Readiness not to be given/tendered before commencement of laydays.*

**Vessel's Positions, Notice**

7. Master and/or Owners shall give ~~10~~ *1* ~~days and thereafter 5~~ ~~days~~ notice of vessel's expected readiness to load to: *Transgrain Rotterdam, Fax: +31 4134233.*

Master and/or Owners shall give them prompt advice of any substantial change in vessel's position.

**Laytime**

8. Vessel's written notice of readiness to load and/or discharge shall be tendered at the office of ~~Shippers/Charterers/Receivers or their~~ *Charterers'* agents ~~between 08.00 and 17.00 hours~~ *during normal local office hours* on all days except Saturdays, Sundays and Holidays ~~and between 08.00 hours and 12.00 hours on Saturdays unless a Holiday.~~ Such notice of readiness shall be delivered when vessel is in the loading or discharging berth and in all respects ready to load/discharge. At loading port ~~Shippers/~~Charterers' ~~or their~~ Agents have the privilege to inspect vessel's holds and reject the notice when holds are not clean, dry, odourless, *residues of previous cargo, free from alive and/or dead insects and/or vermin* and in all respects ready to receive the cargo~~. ~~ ~~In case of dispute, an independent surveyor shall decide about vessel's readiness to load, Owners bearing the costs. If the rejection of notice of readiness is undisputed or confirmed by surveyor~~ *and* the laytime will only start to count after the vessel has validly tendered again when ready.

Only when the loading and/or discharging berth is unavailable, Master may warrant that the vessel is in all respects ready and may tender notice of readiness to load and/or discharge from any usual waiting place, whether in port or not, *whether in berth or not,* whether in free pratique or not, whether customs cleared or not.

Laytime shall commence at 14.00 hours if notice of readiness to load and/or discharge is validly tendered at or before 12.00 hours and at 08.00 hours on the next working day if notice of readiness is validly tendered after 12.00 hours. Time used before commencement of laytime shall not count. Laytime *at loading port* shall not count between *Noon on Saturdays until 08.00 hours on Mondays respectively at discharging port between Noon on Thursdays until 08.00 hours on Saturdays* ~~12.00 hours on Saturdays~~ or 17.00 hours on days preceding a *legal/local* Holiday and 08.00 hours on the following working day, *even if* ~~unless~~ used ~~in which case half time actually used shall count.~~

Any delays caused by ice, floods, quarantine, or by cases of "force majeure" shall not count as laytime unless the vessel is already on demurrage.

When Master has tendered notice of readiness to load or discharge from a waiting place and vessel is subsequently found unready in application of the above provisions, laytime or time on demurrage shall not count from the time the vessel is rejected until the time she is accepted. Additionally, any actual time lost on account of vessel's obtaining free pratique or customs clearance shall not count as laytime or time on demurrage. At second ~~or subsequent~~ port(s) of ~~loading or~~ discharging, laytime or time on demurrage shall resume counting from vessel's arrival *in customary working hours,* ~~at loading or discharging berth, if available,~~ or from vessel's arrival at a usual waiting place, if berth is unavailable.

At all ports any time lost shifting from waiting place to berth shall not count as laytime or as time on demurrage.

**Demurrage**
**Despatch money**

9. Demurrage is payable by Charterers at the rate of *US$ 15,000.00* per day of 24 consecutive hours or pro rata. Owners shall pay to Charterers despatch money for ~~laytime~~ *workingtime* saved in loading/discharging at the rate of *US$ 7,500.00 at loading and US$ 5,000.00 at*

ORIGINAL

*discharging* per day of 24 consecutive hours or pro rata.

**Seaworthy trim**

10. If ordered to be loaded or discharged at more than one berth and/or port, the vessel is to be left in seaworthy trim to Master's reasonable satisfaction for the passage between berths and/or ports at Charterers' expense at loading and at Charterers'/Receivers' expense at discharging ports, and time used for placing vessel in seaworthy trim shall count as laytime or time on demurrage.

**Fumigation**
*See also Clause 37*

11. ~~Charterers have the liberty to fumigate the cargo on board at loading and discharging port(s) or places en route at their risk and expense, and no their responsibility that Officers and Crew as well as all other persons on board the vessel during and after the fumigation are not exposed to any health hazards whatsoever. Charterers undertake to pay Owners all necessary expenses incurred because of the fumigation and time lost thereby shall count as laytime or time on demurrage.~~ When fumigation has been effected at loading port and has been certified by proper survey or by a competent authority, Bills of Lading ~~shall~~ not *to* be claused by Master for reason of insects having been detected in the cargo prior to such fumigation. *Owners, Master and crew to follow instructions given by this Authority.*

**Lights and gear**

12. Whenever required, vessel shall supply free use of lights as on board but sufficient to carry on night work. Provided described as geared, vessel, whenever required, shall supply free use of all cargo handling gear on board, in good working order, with the necessary motive power, and of runners ropes and slings as on board. Shore hands shall be used to drive the gear, at Shippers'/Charterers'/Receivers' account. Any time actually lost on account of breakdown of vessel's gear shall not count as laytime or time on demurrage and any stevedore standby time charges incurred thereby shall be for Owners' account. *Vessel to be considered as gearless.*

**Agencies**

13. At *both ends, Owners to appoint Agents nominated by Charterers.* ~~loading port the vessel shall be consigned to~~

~~At discharging port, she shall be consigned to~~

**Extra insurance**

14. ~~Any extra insurance on cargo due to vessel's age and/or flag and/or class shall be for Owners' account; such extra insurance shall be covered by Charterers for Owners account and shall be deducted from settlement of freight.~~ *Vessel to be free of extra insurance due to vessel's age.*

**Brokerage**

15. A brokerage of *1,25* per cent on the gross amount of freight, deadfreight and demurrage earned, is due to . *Carebeka Transport (Rotterdam) B.V. of Rhoon +1.25 per cent to : ROYAL MARITIME INC. - PIRAEUS/GREECE*

**Address Commission**

16. An address commission of 2 1/2 per cent on the gross amount of freight, deadfreight and demurrage earned is due to Charterers and is deductible from freight deadfreight and demurrage.

~~**Arbitration**~~

~~17. Any dispute arising out of the present contract shall be referred to Arbitration of "Chambre Arbitrale Maritime de Paris – 73, Bd Haussmann – 75008 Paris". The decision rendered according to the rules of Chambre Arbitrale and according to French Law shall be final and binding upon both parties. The right of both parties to refer any disputes to arbitration ceases twelve months after date of completion of discharge or, in case of cancellation or non performance, twelve months after the cancelling date as per clause 6 or after the actual date of cancellation whichever is the later. Where this provision is not complied with, the claim shall be deemed to be waived and absolutely barred.~~ *See Clause 36.*

Clauses No. 18 to 29 inclusive, as printed overleaf, are deemed to be incorporated in this Charterparty.

**Bills of Lading**

18. The Master is to sign Bills of Lading as presented without prejudice to the terms, conditions and exceptions of this Charterparty. *If required by Charterers, Master to authorize agents to sign Bills of Lading on his behalf.* If the Master delegates the signing of Bills of Lading to his Agents, he shall give them authority to do so in writing, copy of which is to be furnished to Charterers. *Charterers to send same Bills of Lading before release to Owners through fax/e-mail for approval.* ~~When bills of lading marked "Freight prepaid" are required, same shall be released by Owners immediately upon receipt of a telex from Charterers' Bank confirming that freight payable has been irrevocably transferred.~~

**Relet**

19. Charterers have the right to relet all or part of this Charterparty, they remaining responsible for its due fulfilment.

**Deviation**

20. Deviation in saving or attempting to save life or property at sea or for bunkering purposes or any other reasonable deviation shall not be deemed an infringement of this Charterparty and the Owners shall not be liable for any loss or damage resulting therefrom.

**Lien and cesser clause**

21. The Owners shall have a lien on the cargo for freight, deadfreight, demurrage, ~~and average contribution due to them under this Charterparty,~~ and demurrage ~~and except for all other matters~~ Charterers' liability under this Charterparty is to cease on cargo being shipped except for payment of freight, deadfreight, and demurrage ~~provided for in this Charterparty where the Charterers responsibility is specified.~~

**Penalties**

22. Penalty for non-performance of this charter shall be limited to the proved damages caused to one of the parties without exceeding the estimated amount of freight.

**Responsibilities**

23. 1)The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August

ORIGINAL

**and immunities**

1924 as enacted in the country of shipment shall apply to this Contract and to any Bill of Lading issued hereunder. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.

2) In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd, 1968-The Hague-Visby Rules-apply compulsorily, the provisions of the respective legislation shall apply.

3) The Owners shall in no case be responsible for loss of or damage to cargo howsoever arising prior to loading into and after discharge from the vessel.

4) Save to the extent otherwise in this Charterparty expressly provided, neither party shall be responsible for any loss or damage or delay or failure in performance hereunder resulting from Act of God, war, civil commotion, quarantine, strikes, lockouts, arrest or restraint of princes, rulers and peoples or any other event whatsoever which cannot be avoided or guarded against.

**General ice clause**

24. Port of Loading

a) In the event of the loading port being inaccessible by reason of ice when vessel is ready to proceed from her last port or at any time during the voyage or on vessel's arrival or in case frost sets in after vessel's arrival, the Captain for fear of being frozen in is at liberty to leave without cargo, and this charter shall be null and void.

b) If during the loading the Captain, for fear of vessel being frozen in, deems it advisable to leave, he has liberty to do so with what cargo he has on board and to proceed to any other port or ports with option of completing cargo for Owner's benefit to any port or ports including port of discharge. Any part cargo thus loaded under this charter to be forwarded to destination at vessel's expense but against payment of freight, provided that no extra expenses be thereby caused to the Receivers, freight being paid on quantity delivered (in proportion if lumpsum), all other conditions as per charter.

c) In case of more than one loading port, and if one or more of the ports are closed by ice, the Captain or Owners to be at liberty either to load the part cargo at the open port and fill up elsewhere for their own account as under section b or to declare the charter null and void unless Charterers agree to load full cargo at the open port.

d) This Ice Clause shall not apply in the Spring.

Port of Discharge

a) Should ice (except in the Spring) prevent vessel from reaching port of discharge, Receivers shall have the option of keeping vessel waiting until the re-opening of navigation and paying demurrage, or of ordering the vessel to a safe and immediately accessible port where she can safely discharge without risk of detention by ice. Such orders to be given within 48 hours after Captain or Owners have given notice to Charterers of the impossibility of reaching port of destination.

b) If during discharging the Captain for fear of vessel being frozen in deems it advisable to leave, he has liberty to do so with what cargo he has on board and to proceed to the nearest accessible port where she can safely discharge.

c) On delivery of the cargo at such port, all conditions of the Bill of Lading shall apply and vessel shall receive the same freight as if she had discharged at the original port of destination, except that if the distance of the substituted port exceeds 100 nautical miles, the freight on the cargo delivered at the substituted port to be increased in proportion.

**Amended Centrocon strike clause**

25. If the cargo cannot be loaded by reason of Riots, Civil Commotions or of a Strike or Lock-out of any class of workmen essential to the loading of the cargo, or by reason of obstructions or stoppages beyond the control of the Charterers caused by Riots, Civil Commotions or a Strike or Lock-out on the Railways, or in the Docks, or other loading places, or if the cargo cannot be discharged by reason of Riots, Civil Commotions or of a Strike or Lock-out of any class of workmen essential to the discharge, the time for loading or discharging, as the case may be, shall not count during the continuance of such causes, provided that a Strike or Lock-out of the Shippers' and/or Receivers' men shall not prevent demurrage accruing if by the use of reasonable diligence they could have obtained other suitable labour at rates current before the Strike or Lock-out. In case of any delay by reason of the before-mentioned causes, no claim for damages or demurrage, shall be made by the Charterers / Receivers of the cargo, or Owners of the vessel. For the purpose, however, of settling despatch money accounts, any time lost by the vessel through any of the above causes shall be counted as time used in loading or discharging, as the case may be.

**General average ~~and the New Jason Clause~~**

26. General average shall be adjusted *in London* according to the York/Antwerp Rules, 1974 ***or latest amendments thereto. English law to apply.*** ~~but where the adjustment is made in accordance with the law and practice of the United States of America, the following clause shall apply:~~

~~"In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the carrier is not responsible, by statute, contract or otherwise, the goods, shippers, consignees, or owners of the goods shall contribute with the carrier in general average to the payment of any sacrifices, losses or expenses of a general average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the goods. If a salving ship is owned or operated by the carrier, salvage shall be paid for as fully as if the said salving ship or ships belonged to strangers. Such deposit as the carrier or his agents may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the goods, shippers, consignees or owners of the goods to the carrier before delivery."~~

~~and the charterers shall procure that all Bills of Lading issued under this Charterparty shall contain the same clause.~~

**Both to blame Collision clause**

27. If the liability for any collision in which the vessel is involved while performing this Charterparty falls to be determined in accordance with the laws of the United States of America, the following clause shall apply

**ORIGINAL**

"If the ship comes into collision with another ship as a result of the negligence of the other ship and any act, neglect or default of the master, mariner, pilot or the servants of the carrier in the navigation or in the management of the ship, the owners of the goods carried hereunder will indemnify the carrier against all loss or liability to the other or non-carrying ship or her owners in so far as such loss or liability represents loss of or damage to or any claim whatsoever of the owners of the said goods, paid or payable by the other or non-carrying ship or her owners to the owners of the said goods and set off, recouped or recovered by the other or non-carrying ship or her owners as part of their claim against the carrying ship or carrier. The foregoing provisions shall also apply where the Owners, Operators or those in charge of any ship or ships or objects other than, or in addition to, the colliding ships or objects are at fault in respect to a collision or contact."

and the charterers shall procure that all Bills of Lading issued under this Charterparty shall contain the same clause

War risks ("Voywar 1950")

**28.** 1) In these Clauses "war risks" shall include any blockade or any action which is announced as a blockade by any Government or any belligerent or by any organised body, sabotage, piracy, and any actual or threatened war, hostilities, warlike operations, civil war, civil commotion, or revolution.

2) If at any time before the vessel commences loading, it appears that performance of the contract will subject the vessel or her Master and crew or her cargo to war risks at any stage of the adventure, the Owners shall be entitled by letter or telegram despatched to the Charterers, to cancel this Charter.

3) The Master shall not be required to load cargo or to continue loading or to proceed on or to sign Bill(s) of Lading for any adventure on which or any port at which it appears that the vessel, her Master and crew or her cargo will be subjected to war risks. In the event of the exercise by the Master of his right under this Clause after part or full cargo has been loaded, the Master shall be at liberty either to discharge such cargo at the loading port or to proceed therewith. In the latter case the vessel shall have liberty to carry other cargo for Owner's benefit and accordingly to proceed to and load or discharge such other cargo at any other port or ports whatsoever, backwards or forwards, although in a contrary direction to or out of or beyond the ordinary route. In the event of the Master electing to proceed with part cargo under this Clause freight shall in any case be payable on the quantity delivered.

4) If at the time the Master elects to proceed with part or full cargo under item 3, or after the vessel has left the loading port, or the last of the loading ports, if more than one, it appears that further performance of the contract will subject the vessel, her Master and crew or her cargo, to war risks, the cargo shall be discharged, or if the discharge has been commenced shall be completed, at any safe port in vicinity of the port of discharge as may be ordered by the Charterers. If no such orders shall be received from the Charterers within 48 hours after the Owners have despatched a request by telegram to the Charterers for the nomination of a substitute discharging port, the Owners shall be at liberty to discharge the cargo at any safe port which they may, in their discretion, decide on and such discharge shall be deemed to be due fulfilment of the contract of affreightment. In the event of cargo being discharged at any such other port, the Owners shall be entitled to freight as if the discharge had been effected at the port or ports named in the Bill(s) of Lading, or to which the vessel may be ordered pursuant thereto.

5) a) The vessel shall have the liberty to comply with any direction or recommendation as to loading, departure, arrival, routes, ports of call, stoppages, destination, zones, waters, discharge, delivery or in any other wise whatsoever (including any direction or recommendation not to go to the port of destination or to delay proceeding thereto or to proceed to some other port) given by any Government or by any belligerent or by any organised body engaged in civil war, hostilities or warlike operations or by any person or body acting or purporting to act as or with the authority of any Government or belligerent or of any such organised body or by any committee or person having, under the terms of the war risks insurance on the vessel, the right to give any such directions or recommendations. If, by reason of or in compliance with any such direction or recommendation, anything is done or is not done, such shall not be deemed a deviation.

b) If, by reason of or in compliance with any such directions or recommendations, the vessel does not proceed to the port or ports named in the Bill(s) of Lading or to which she may have been ordered pursuant thereto, the vessel may proceed to any port as directed or recommended or to any safe port which the Owners in their discretion may decide on and there discharge the cargo. Such discharge shall be deemed to be due fulfilment of the contract of affreightment and the Owners shall be entitled to freight as if discharge had been effected at the port or ports named in the Bill(s) of Lading or to which the vessel may have been ordered pursuant thereto.

6) All extra expenses (including insurance costs) involved in discharging cargo at the loading port or in reaching or discharging the cargo at any port as provided in items 4 and 5(b) hereof shall be paid by the Charterers and/or cargo owners, and the Owners shall have a lien on the cargo for all moneys due under these items.

29. Clauses *30* to *48* inclusive, as attached, are deemed to be incorporated in this Charterparty

ROYAL MARITIME INC. MARSHALL ISLANDS 2006

CAREBEKA TRANSPORT (ROTTERDAM) B.V. Dienstenstraat 15 3161 GN Rhoon phone (10) 4799500 fax (10) 4795991

The Charterers :

The Owners :

GRANVILLE NAVIGATION S.A. LIBERIA

This Charter Party is a computer generated copy of the SYNACOMEX 90 form printed by authority of SYNACOMEX and the COMITÉ CENTRAL DES ARMATEURS DE FRANCE using software which is the copyright of STRATEGIC SOFTWARE LTD. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the preprinted text of this document which is not clearly visible, the text of the original approved document shall apply. SYNACOMEX, the COMITÉ CENTRAL DES ARMATEURS DE FRANCE and STRATEGIC SOFTWARE LTD. assume no responsibility for any loss or damage caused as a result of any discrepancies between the original approved document and this document.

"CAREBEKA" TRANSPORT (ROTTERDAM) B.V.

ORIGINAL

m.v. "CAMEL"

RIDER TO THE CHARTER PARTY DATED RHOON, 17TH APRIL 2007.

30. Vessel's description:
- Selftrimming, Singledeck, Bulkcarrier;
- Vessel's ex name: m/v "Seadance";
- Built: 1978;
- Flag: Panama;
- Class: Bureau Veritas;
- 44,750 metric tons deadweight all told on 12.249 metres SSW draft;
- Loa/Beam: 182.82 metres / 30.12 metres;
- TPC: 49 metric tons in loaded condition;
- Gt/Nt: 26,194 / 14,930;
- Suez Grt/Nrt: 27,406.3 / 23,187.33;
- 54,103 cubic metres grain in main holds, breakdown as follows:
  1) 8,213 cbm / 2) 9,147 cbm / 3) 9,507 cbm /
  4) 9,466 cbm / 5) 9,176 cbm / 6) 8,594 cbm;
- 6 Holds / 6 Hatches;
- Hatch Dimensions: no. 1) 11.9 x 13.9 metres, no(s). 2-6) 15.1 x 16.5 metres;
- Type Hatchcovers: Mc. Gregor Steel Hatchcovers, folding type;
- Height waterline/Top of hatchcoaming fully ballasted FRD about 14 metres and AFT about 12.5 metres;
- Gear: 3 x 15 metric tons cranes, but vessel to be considered as Gearless;
- Vessel is capable of steaming and maintaining a speed of about 11 knots on about 28 metric tons IFO laden respectively 27 metric tons ballast plus 3.2 metric tons MDO; Port Consumption about 2.5 metric tons MDO (idle): Vessel consumes MDO in narrow waters, during manoeuvring and in/out ports;
- Engine / Bridge aft;
- Last drydock where/when: Last special survey Romania / November 2006;
- IMO No.: 7526675;
- I.S.S. Certificate - Yes; I.S.M. Certificate - Yes;
- Security Level at last 10 ports: one;
- Call Sign: 3 E D C 7;
- Telex on board/number: 437154610, 437154611;
- Telephone number: Mini M: 764566585, Fax: 764566586;
- E-mail address: captain@camel.amosconnect.com;
- Holds to be steel floored throughout;
- Vessel has no obstructed holds, centerline bulkheads and/or beams, no deeptanks or compartments that were originally constructed as deeptanks, reeferspace or special cargo locker space;
- Constants about 300 metric tons, excluding fresh water;
- Capacities: IFO about 2,050 metric tons, MDO 190 metric tons, Fresh Water: 240 metric tons;
- Position: Vessel presently at Odessa, etb 21st/22nd February, etc end February wp/agw/uce;
- Last 5 cargoes and Charterers, starting from the last:
  bulk sugar - EDF Man, urea - Harvester, bulk sugar - Tate & Lyle, tsp - ADM, wheat - Silverstone;

Headowners' full style: Granville Navigation S.A.,
80, Broad Street,
Monrovia / Liberia.

Managers' full style: Clio Navigation Corp.
13, Sachtouri Street,
185 36 - Piraeus / Greece,
Tel: 0030 210 4532900.

Time Charterers' full style: N/A.
Other vessel's owned/managed: m/v "Zebra";
Headowners' P and I Club: The American Club.

Continued.../

ORIGINAL

(Continued Clause 30)
- Headowners to send a fax to 'Transgrain Rotterdam', fax no. ++31 10 4134233, latest upon fixing mainterms, confirming vessel is fully covered for the voyage. Also Owners will send to Charterers P. and I. entry certificate.
- Headowners to fax copies of vessel's Class, Gear, ISM and ISS Certificates to Charterers, no. ++31 10 4134233, latest upon fixing mainterms.

Headowners warrant that during the currency of this Charter Party:
- Both the vessel and the Company shall comply with the ISM Code, and the ISPS Code according the IMO Regulations/New Solas convention Chapter XI-2 and its latest updates. Charterers' contact details/PIC to be advised upon fully fixing;
- Vessel shall not change Ownership and/or Class without Charterers' written consent;
- Vessel's Class to be fully maintained during the currency of this Charter Party;
- Vessel's Hull & Machinery Insurance shall be fully maintained and will not be changed; Hull and Machinery value: US$ 6,000,000.=, covered through Hellenic Hull;
- Vessel is fully suitable for grab discharge;
- Vessel is fully P & I covered with the American Club, which shall be maintained during the currency of this Charter Party;
- Vessel has Philippino crew covered with P.O.E.A. Agreement except for the Master who is Greek;
- Vessel is fully fitted for Suez Canal, Panama Canal and Turkish Straits according to the latest regulations;
- Vessel's Hatchcovers are absolutely watertight; Charterers shall have the option of performing a hose test if required;
- Vessel will not be scheduled for break up or sold for scrap during this Charter respectively upon completion of this Charter;

31 The freight is payable as follows: 95% less commission, brokerage, estimated despatch in loading, if any, payable within 3 banking days after signing all the required number clean Bills of Lading marked 'Clean on Board' and 'Freight Prepaid' as and when presented to the Master and which to be kept in custody by loadport agents. Owners to instruct these agents to release the Bills of Lading immediately upon receipt of the freight by Owners' Bankers. In case Bills of Lading are marked 'Freight payable as per Charter Party' same to be released immediately upon completion of loading. Balance less despatch or plus demurrage as the case may be payable after completion of discharge against Timesheets / Statement of facts / Notice of Readiness.

Banking Details: The Royal Bank of Scotland Plc.
Swift: RBOSGRAA,
45, Akti Miaouli Street,
Piraeus - Greece,
Account no.: 167735 - 100
In favour of: Clio Navigation Corp.

Master has the right, in conjunction with cargo surveyor, to reject any cargo that would cause him to clause the Bills of Lading, however such surveyor to be payable by Charterers.

32. Freight may only be paid to Headowners of the vessel as stated in line 1 of the Charter Party. Should Headowners require payment to be made to an alternative beneficiary than such payment is only to be made upon receipt by Charterers of a duly authorised letter (as declared by Charterers), signed by all directors of the Headowning Company as stated in line 1.

33. Demurrage/Despatch, at both ends, to be settled between Owners and Charterers.

34. If required by Shippers/Receivers to facilitate the loading/discharging, the vessel shall warp along the quay at Owners' expense but in Charterers' time.

Continued.. /

"CAREBEKA" TRANSPORT (ROTTERDAM) B.V.

m.v. "CAMEL"

ORIGINAL

35. All opening and closing of hatches to be done by vessel's crew, provided local labour regulations permit, otherwise same to be for Charterers' account.

36. All disputes from time to time arising out of this contract shall, unless the parties agree forthwith on a single Arbitrator, be referred to the final Arbitrament of two Arbitrators carrying on business in London, who shall be members of the Baltic Exchange and engaged in the Shipping and/or Grain Trades, one to be appointed by each of the parties, with power to such Arbitrators to appoint an umpire. Any claim must be made in writing and Claimant's Arbitrator appointed within 12 months of final discharge and where this provision is not complied with the claim shall be deemed to be waived and absolutely barred. No award shall be questioned or invalidated on the ground that any of the Arbitrators is not qualified as above, unless objection to his acting be taken before the award is made. English law to apply. For claims not exceeding USD$ 50.000,-- the Arbitration shall be conducted in accordance with the LMAA Small Claims Procedure.

37. Charterers have the option of fumigating the cargo at loading and/or discharge port(s) during/after loading respectively before/during discharge respectively enroute, in transit and/or at sea in their option and at their time and expense. If crew required to stay ashore by port authorities lodging expenses to be for Charterers' account.

38. Both ends, taxes and/or dues on cargo/freight, if any, to be for Charterers'/Receivers' account. Taxes and/or dues on vessel as well as customary port charges including berthing and/or quay dues, wharfages, dockages and/or berth occupancy charges, if any, to be for Owners' account.

39. If during the currency of this Charter Party the terms/conditions under which the crew is employed are not acceptable to the I.T.F. or equivalent any delays or costs occasioned thereby are for Owners' account.

40. Owners are not to clause/delay the release of the Bills of Lading for alleged deadfreight. Failing an amicable settlement, such dispute to be referred to arbitration.

41. Master to give by cable/telex (to be advised) 5, 3 and 2 days and 24 hours notice of vessel's Eta at discharging port.

42. If by reason of congestion or unavailability of berth vessel is unable to enter the loading/discharging ports, Master has the privilege to tender Notice of Readiness in accordance with the Charter Party by telex/fax or e-mail and laytime to commence as per relative clause of Charter Party whether in berth or not, whether in port or not, whether in free pratique or not, whether customs cleared or not, provided vessel has arrived at the usual waiting place of the port designated by port authorities. Shifting time from anchorage or waiting place to loading/discharging berths not to count. Should the vessel be unable to obtain free pratique and/or customs clearance on entering loading/discharging port, time lost, if any, in obtaining free pratique and/or customs clearance by reason of vessels' fault not to count as laytime.

43. Master/Owners to assist Charterers agents in order Charterers' Agents to provide following document stamped/ legalized by the local Chamber of Commerce and Saudi Consulate at loading port latest upon sailing.

44. Upon commencement of loading and on departure from loading port Owners/Agents are to advise port authorities and Agents (to be advised) at discharging port all relevant information regarding ship, cargo, radar, equipment and weapons on board available for self defence in the proper sequence in accordance with Saudi port regulations. Master to give 7/5/3/2/1 days notice to Agents (to be advised) at discharging port and also port authorities.

45. Where Bills of Lading show a destination and/or notify party and/or order, Charterers are allowed to change the destination and/or notify party and/or order and have the original Bills of Lading re-issued accordingly by their Rotterdam Agents, Carebeka. Full sets of the relevant Original Bills of Lading made out in loading port shall remain under the custody of Carebeka and shall be released to Owners on completion of discharge at the last port. Carebeka to give an undertaking to Owners that the Original Bills of Lading shall remain under their custody until such time vessel completes discharging and thereafter the Bills of Lading shall be surrendered to Owners. Carebeka also undertake to send to Owners copies of all re-issued Bills of Lading as soon as is practicable.

Continued.../

"CAREBEKA" TRANSPORT (ROTTERDAM) B.V.

m.v. "CAMEL"

ORIGINAL

46. Negotiations and fixture details of this Charter Party to be kept strictly private and confidential by all parties involved.

47. Charterers to advise Owners upon completion of loading, if the discharging port will be in Saudi Red Sea or in P.G. in order for Owners to prepare freight statement accordingly.

48. If, upon vessel's arrival at discharge port, the original Bill of Lading has not been delivered yet to the vessel and cargo interest have not provided an indemnity acceptable to the vessel for delivery of the cargo, Charterers have the right, but not the obligation, to order delivery of the cargo against Charterers' Letter of Indemnity (LOI) in Owners' P. and I. wording, signed by the Charterers only.

o - O - o

GRANTRADE NAVIGATION S.A. LIBERIA

# ATTACHMENT 2

| WEEK_ENDIN | ORG_CODE | PORT_OF_OR | DES_CODE | DESTINATIO | VESSEL_NAM | SIZE | COMM_CODE | COMMODITY | DATES | RATE | TERMS | CHARTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/2007 | 6 | DelExYardMarmara | 0 | Redel Atlantic | NOA, 85 | 43590 | 7 | 13k/26t | Aug 3/5 | 43000 Day | 1892000GrnBl;2-3LadenLegs | AMN Bulker |
| 04/08/2007 | 2 | Del Houston | 6 | Redel Morocco | OCEAN JADE, 84 | 37216 | 7 | Unrptd | Aug 13/16 | 67000 Day | Trip out | Oldendorff |
| 04/08/2007 | 9 | Del Taiwan | 9 | Redel Singapore/Japan | HULK, 95 | 46601 | 7 | 13.5k/26.5t | Aug 6/8 | 35000 Day | AusRd | CNR |
| 04/08/2007 | 1 | Del Charleston | 5 | Redel UK/ContViaUSGulf | HUI SHENG, 84 | 37636 | 7 | Unrptd | Aug 5/10 | 44000 Day | TripOut+$600000Bonus | A.D.M. |
| 04/08/2007 | 7 | Del Pass Aden | 7 | Redel KarachiViaRichBay | EFFY N, 83 | 41824 | 7 | 13k/29t | Aug 1/5 | 35500 Day | 1818000GrnBl;RichardsBayRd | Shadab |
| 04/08/2007 | 8 | Del Singapore | 9 | Redel Japan | OCEAN SPIRIT, 00 | 45526 | 7 | Unrptd | Aug 3/5 | 36500 Day | EAusRd | BHP-Billit |
| 04/08/2007 | 6 | Del Piraeus | 7 | Redel Pass Muscat | ANTONIS, 84 | 45060 | 7 | 12k/25t | Aug 3/6 | 48000 Day | 1960837GrnBl;TripViaTurkey&MEGul | CNR |
| 04/08/2007 | 9 | Del Shanghai | 0 | Unrptd | KONKAR THEO, 94 | 45232 | 7 | Unrptd | RetroJul28 | 41000 Day | 5-7MoTrdg | Allied |
| 04/08/2007 | 7 | Del Mumbai | 9 | Redel NoChinaViaIndia | ANATOLI, 98 | 47116 | 7 | Unrptd | Aug 1/4 | 36000 Day | Trip out | NoChinaShp |
| 04/08/2007 | 9 | DelSingapore/Jpn | 0 | Unrptd | SEABEE, 99 | 46671 | 7 | 13.5k/28t | Aug 20/31 | 41000 Day | 11-13MoTrdg | Hanjin |
| 04/08/2007 | 0 | Unrptd | 0 | Unrptd | HUI AN, 97 | 45426 | 7 | Unrptd | Aug - Sep | 41500 Day | 11-13MoTrdg | M.U.R. |
| 04/08/2007 | 9 | DelSingapore/Jpn | 0 | Unrptd | KEN, 96 | 46747 | 7 | Unrptd | Aug 15/30 | 42000 Day | 11-13MoTrdg | PanOcean |
| 04/08/2007 | 6 | Del Black Sea | 7 | Redel Pakistan | ARCTIC VOYAGER, 94 | 48170 | 7 | 14k/28t | Aug 1/5 | 60000 Day | Trip out | Shadab |
| 04/08/2007 | 5 | Del Rotterdam | 0 | Unrptd | ST. ANDREW, 96 | 41455 | 7 | Unrptd | Aug 20/25 | 44000 Day | 4-6MoTrdg | CNR |
| 04/08/2007 | 6 | Del Canakkale | 7 | Redel Pass Muscat | DIMITRA, 95 | 41455 | 7 | 13k/24t | Aug 5/15 | 46000 Day | TripOutViaTurkey&MEGulf | CNR |
| 04/08/2007 | 6 | Del Sp Med | 0 | Unrptd | HUA QIANG, 98 | 45768 | 7 | Unrptd | Aug 1/10 | 42500 Day | 11-13MoTrdg | CNR |
| 04/08/2007 | 5 | Del Continent | 5 | Redel Norway | NAN SHAN, 81 | 37483 | 7 | 13k/30t | Aug 1/5 | 33000 Day | 1666000GrnBl;NCSoAmRd | CNR |
| 11/08/2007 | 9 | Del Bayuquan | 0 | Unrptd | FORTUNE PEARL, 96 | 45585 | 7 | Unrptd | Aug 13/15 | 41500 Day | 11-13MoTrdg | KoreaLine |
| 11/08/2007 | 7 | Del Paradip | 9 | RedelFarEastViaECIndia | LOYAL UNION, 97 | 48338 | 7 | Unrptd | Aug 8/12 | 45000 Day | Trip out | CNR |
| 11/08/2007 | 4 | Del Nouakchott | 0 | Redel Atlantic | PACIFIC EMERALD, 96 | 49016 | 7 | 14k/31.1t | Aug 12/15 | 54000 Day | 2-4MoTrdg | CNR |
| 11/08/2007 | 9 | Del Xingang | 7 | Redel EC India | JAG RIDDHI, 97 | 47240 | 7 | Unrptd | Aug 10/15 | 40000 Day | Trip out | CNR |
| 11/08/2007 | 5 | Del Norway | 2 | Redel USGulf Via UK | VELEBIT, 90 | 42249 | 7 | 14k/24.5t | Aug 13/17 | 35000 Day | 1811000GrnBl;Trip out | EitzenBC |
| 11/08/2007 | 7 | Del Tuticorin | 5 | Redel ContViaSoAfrica | SURMENE 4, 84 | 38886 | 7 | 13k/23t | RetroAug6 | 31500 Day | 1628000GrnBl;Trip out | IVS |
| 18/08/2007 | 5 | Del StPetersburg | 6 | Redel E Mediterranean | KEN UNITY, 99 | 48913 | 7 | Unrptd | Aug 20/23 | 54000 Day | Trip out | CNR |
| 18/08/2007 | 9 | Del Bayuquan | 0 | Unrptd | FORTUNE PEARL, 96 | 45585 | 7 | Unrptd | Aug 15/18 | 43500 Day | 3-5MoTrdg | SanJuanNav |
| 18/08/2007 | 7 | Del Pass Muscat | 5 | Redel Cont Via SoAfrica | JAG RANI, 84 | 41545 | 7 | 13.5k/23t | Aug 20/21 | 33000 Day | Trip out | I.V.S. |
| 18/08/2007 | 5 | Del Aviles | 6 | Redel Turkey Via Cont | DIANA C, 83 | 37497 | 7 | 14k/27t | Aug 15/20 | 43500 Day | 1675000GrnBl;Trip out | EMR |
| 25/08/2007 | 7 | Del Tuticorin | 9 | Redel China | OCEAN GLOBE, 95 | 43246 | 7 | 13.5k/22t | Aug 25/28 | 43000 Day | Trip out | CNR |
| 25/08/2007 | 5 | Del Rotterdam | 5 | Redel Continent | TRADER, 84 | 35310 | 7 | 12.5k/26t | Aug 22/27 | 40000 Day | 1660466GrnBl;WAfricaRd | CNR |
| 25/08/2007 | 9 | Del Lianyungang | 0 | Unrptd | MAHARASHTRA, 95 | 45744 | 7 | Unrptd | Aug30/5Sep | 42500 Day | 4-5MoTrdg;Relet | CNR |
| 25/08/2007 | 5 | Del London | 6 | Redel Turkey Via Cont | HALIS KALKAVAN, 84 | 36800 | 7 | 14k/30t | Aug 20/22 | 45000 Day | 1840000GrnBl;Trip out | CNR |
| 25/08/2007 | 4 | Del Paranagua | 6 | Redel Italy | ENDEAVOR, 85 | 35368 | 7 | 14k/27t | Sep 1/5 | 37500 Day | TripOut+$700000Bonus | Dreyfus |
| 25/08/2007 | 9 | Del Zhoushan | 0 | Unrptd | FENG HAI, 99 | 47980 | 7 | 13.5k/26t | Sep 1/10 | 45000 Day | 3-5MoTrdg | CNR |
| 01/09/2007 | 2 | Del PointComfort | 5 | Redel Spain Via USGulf | CRYSTAL SEAS, 95 | 43222 | 7 | Unrptd | Aug 30/31 | 63000 Day | Trip out | Transgrain |
| 01/09/2007 | 6 | Del Savona | 7 | RedelDurban/DarEsSalaam | ARISTON, 84 | 37052 | 7 | 13.5k/24t | Sep 1/5 | 39000 Day | 1715000GrnBl;TripOutViaBlackSea | Transgrain |
| 01/09/2007 | 2 | Del USGulf | 0 | Unrptd | ELISE D, 85 | 42628 | 7 | 13k/21t | Sep 5/10 | 51000 Day | 1985000GrnBl;3-5MoTrdg | Armada |
| 01/09/2007 | 6 | Del Canakkale | 4 | RedelWAfricaViaBlackSea | PANORMOS, 84 | 37636 | 7 | 12.5k/23t | Aug 30/31 | 37000 Day | 1619000GrnBl;Trip out | ContiLines |
| 08/09/2007 | 9 | Del Tobata | 0 | Unrptd | XIN QIANG, 98 | 45732 | 7 | 14k/27t | Sep 7/9 | 49000 Day | 11-13MoTrdg | EasternOce |
| 08/09/2007 | 9 | Del Tobata | 7 | Redel Red Sea Via NoPac | XIN QIANG, 98 | 45732 | 7 | 14k/27t | Sep 7/9 | 55000 Day | TripOut;Relet | Copenship |
| 08/09/2007 | 2 | Del Punta Cardon | 6 | Redel Adriatic | PACIFIC EMERALD, 96 | 49016 | 7 | 14k/31.1t | Sep 8/13 | 70000 Day | TripOut+$400000Bonus | CNR |
| 08/09/2007 | 6 | Del Nador | 6 | Redel Turkey | OCEAN JADE, 84 | 37216 | 7 | Unrptd | Sep 10/15 | 42000 Day | ContinentRd | E.M.R. |
| 08/09/2007 | 9 | Del China | 0 | Unrptd | GRAND WAY, 94 | 44006 | 7 | 14.5k/27.5t | Sep 13/17 | 44000 Day | 1942000GrnBl;11-13MoTrdg | Probulk |
| 08/09/2007 | 2 | Del EC Mexico | 2 | Redel WC Cent America | UNION RANGER, 95 | 45621 | 7 | 13k/25t | Sep 1/3 | 66000 Day | Trip out | CNR |
| 08/09/2007 | 7 | Del Durban | 2 | Redel USGulf | DORINE, 98 | 41488 | 7 | Unrptd | Sep 10/14 | 40000 Day | Trip out | Oldendorff |
| 08/09/2007 | 7 | Del Haldia | 7 | Redel WC India | ASTRA, 04 | 46821 | 7 | Unrptd | Sep 4/5 | 60000 Day | Trip out | Ispat |
| 08/09/2007 | 8 | Del Batangas | 9 | Redel FarEastViaSEAsia | ARRAN TRADER, 00 | 48220 | 7 | 14k/28.5t | Sep 11/13 | 56000 Day | Trip out | EasternOce |
| 15/09/2007 | 2 | Del Jacksonville | 0 | Unrptd | SAGA SPRAY, 94 | 47029 | 7 | Unrptd | Sep 14/16 | 55000 Day | 50-100DaysTrdg | EitzenBC |
| 15/09/2007 | 9 | Del Xingang | 0 | Unrptd | TALENT, 98 | 47574 | 7 | Unrptd | Sep 17/20 | 56000 Day | 3-5MoTrdg | BHP-Billit |
| 15/09/2007 | 9 | Del Longkou | 7 | Redel Paradip | ENTERPRISE, 00 | 45572 | 7 | Unrptd | Sep 20/25 | 52000 Day | TripOut;Relet | KW Bulkers |
| 15/09/2007 | 6 | Del E Med | 7 | Redel Indian Ocean | EUGENIA B, 98 | 46750 | 7 | Unrptd | Sep 15/17 | 65000 Day | TripOutViaBlackSea | CNR |
| 15/09/2007 | 9 | Del No China | 9 | Redel Taiwan | KOLOCEP, 96 | 41712 | 7 | 14k/29.5t | Sep 25/27 | 54000 Day | Trip out | Sinocrart |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15/09/2007 | 6 | Del Damietta | 9 | Redel Singapore/Japan | SHOU CHANG HAI, 84 | 45149 | 7 | 13k/25.5t | Sep 18/22 | 49000 Day | 2036544GrnBl;Trip out | CNR |
| 15/09/2007 | 6 | Del E Med | 7 | Redel Pass Muscat | THOR WIND, 96 | 39087 | 7 | Unrptd | Sep 14/16 | 50000 Day | TripOutViaBlackSea&MEGulf | CNR |
| 15/09/2007 | 9 | Del Longkou | 9 | Redel Singapore/Japan | ENTERPRISE, 00 | 45572 | 7 | Unrptd | Sep 20/25 | 48500 Day | 2LadenLegs | PacifBasin |
| 15/09/2007 | 7 | Del Rozi | 0 | Unrptd | AQUILA ATMOSPHERE, 02 | 48640 | 7 | 14k/33t | Sep 10/12 | 52500 Day | 8-10MoTrdg | Oldendorff |
| 15/09/2007 | 6 | Del Huelva | 9 | Redel FarEastViaECSoAm | STOVE TRANSPORT, 98 | 46223 | 7 | 14k/28.5t | Sep 11/12 | 59000 Day | Trip out | PanOcean |
| 15/09/2007 | 5 | Del Montoir | 5 | Redel Skaw/CapePassero | ORIENTAL, 97 | 43917 | 7 | 13.5k/28t | Sep 12/15 | 52000 Day | TransAtlRd | T.G.P. |
| 15/09/2007 | 7 | Del Vizagapatnam | 0 | Unrptd | GREAT SCENERY, 02 | 47760 | 7 | 14.1k/28t | Sep 12/14 | 44000 Day | 23-25MoTrdg | CNR |
| 15/09/2007 | 9 | Del No China | 0 | Unrptd | HONESTY OCEAN, 97 | 47240 | 7 | Unrptd | Sep 20/30 | 47000 Day | 23-25MoTrdg | Hanjin |
| 22/09/2007 | 4 | Del Recalada | 5 | Redel Spain | PONTOMEDON, 85 | 37596 | 7 | 14.2k/23t | Sep 25/30 | 42000 Day | TripOut+$750000Bonus | Dreyfus |
| 22/09/2007 | 2 | Del Tampa | 9 | Redel FarEastViaUSGulf | YONG AN 3, 96 | 44109 | 7 | 14k/26t | Oct 1/3 | 62500 Day | Trip out | Hanjin |
| 22/09/2007 | 2 | Del USGulf | 6 | Redel Med op India | PRETTY LADY, 85 | 43648 | 7 | Unrptd | Sep 16/18 | 63000 Day | TripOut;Op$61000Day | Energy |
| 22/09/2007 | 0 | Unrptd | 0 | Unrptd | BELNOR, 96 | 47369 | 7 | Unrptd | Aug-Nov'08 | 25500 Day | 5YrsTrdg | CNR |
| 29/09/2007 | 7 | Del Chennai | 9 | Redel China | ARHIMIDIS SB, 95 | 45320 | 7 | Unrptd | Oct 1/10 | 55000 Day | Trip out | Trustworth |
| 29/09/2007 | 7 | DelSailCapetown | 5 | Redel ContViaECSoAm | ARCTIC VOYAGER, 94 | 48170 | 7 | 14k/28t | RetroSep17 | 53000 Day | Trip out | ACTI |
| 29/09/2007 | 9 | Del Zhanjiang | 0 | Unrptd | ARRAN TRADER, 00 | 48220 | 7 | 14k/28.5t | Oct 3/8 | 61000 Day | 4-6MoTrdg | BHP-Billit |
| 29/09/2007 | 9 | Del Qingdao | 6 | Redel Med Via No China | CHRISTOS, 83 | 41502 | 7 | 13k/28t | Sep 25/29 | 46000 Day | 1698552GrnBl;Trip out | ChinaOcean |