# EXHIBIT 2

# TO THE DECLARATION OF KATRAKIS IRAKLIS



Maritime Research Inc. Handmax Size Timecharters Weekly Averages