# EXHIBIT 3

# TO THE DECLARATION OF KATRAKIS IRAKLIS

| WEEK_ENDIN | OF | PORT_OF_OR | DE | DESTINATIO | VESSEL_NAM | SIZE | CC | COMMODITY | DATES | RATE | TERMS | CHARTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2007 | 2 | Del Santa Marta | 0 | Unrptd | EIRINI K, 96 | 41712 | 7 | 14k/29.5t | Jan 7/15 | 65500 Day | 5-7MoTrdg | Armada |
| 12/22/2007 | 9 | DeiVizagapatnam | 9 | RedelFarEastViaECIndia | DS COMMANDER, 94 | 45518 | 7 | Unrptd | Dec 22/30 | 50000 Day | Trip out | Uniwell |
| 12/22/2007 | 0 | Del Antwerp | 0 | Redel Atlantic | ORIENTAL, 97 | 43917 | 7 | 13.5k/28t | Dec 16/20 | 64000 Day | 2-3LadenLegs | CNR |
| 12/15/2007 | 5 | Del Fos | 9 | Redel Singapore/Japan | SEA MAPLE, 00 | 45710 | 7 | 14k/26.5t | Dec 14/18 | 62000 Day | 2LadenLegs | Cargill |
| 12/29/2007 | 6 | Del Odessa | 7 | Redel India | LONDON BRIDGE, 94 | 45708 | 7 | Unrptd | Dec 23/25 | 68000 Day | Trip out | Cosmotrade |
| 12/22/2007 | 6 | Del Black Sea | 7 | Redel India | BIBI.M, 84 | 47879 | 7 | 13.5k/29t | Dec 25/30 | 67000 Day | Trip out | Glencore |
| 12/22/2007 | 6 | Del Okke | 0 | Unrptd | GRIFFON, 95 | 46635 | 7 | Unrptd | Dec 24/27 | 56000 Day | 4MoTrdg;Relet | CNR |
| 12/22/2007 | 9 | Del Inchon | 9 | Redel Singapore/Japan | NONI, 96 | 44377 | 7 | 14k/24t | Dec 23/25 | 44000 Day | 193446SGmBI;AusRd | CNR |
| 12/22/2007 | 4 | Del Terna | 7 | Redel Capetown/Mombasa | NORTH STAR, 85 | 42219 | 7 | Unrptd | Dec 18/23 | 56500 Day | 1785500GmBI;ArgentinaRd | Dreyfus |
| 12/22/2007 | 7 | DelVizagapatnam | 9 | RedelFarEastViaECIndia | IOANNIS THEO, 95 | 45320 | 7 | 13.5k/28t | Dec 22/31 | 50000 Day | Trip out | Uniwell |
| 12/22/2007 | 6 | Del Dnepnobugsky | 7 | Redel Pass Muscat | DARYA RANI, 96 | 45654 | 7 | 13.5k/25t | Dec 20/23 | 66000 Day | TripOutViaBlackSea | CNR |
| 12/15/2007 | 0 | Del Jingtang | 2 | Redel NC SoAmerica | ATLANTICA, 01 | 44507 | 7 | Unrptd | Dec 7/10 | 48000 Day | Trip out | Albatross |
| 11/10/2007 | 9 | DelSingapore/Jpn | 0 | Unrptd | KEN, 98 | 46747 | 7 | Unrptd | Aug 15/30 | 42000 Day | 11-13MoTrdg | PanOcean |
| 8/4/2007 | 0 | USGulf | 8 | Subic Bay | LIBERTY GRACE,Usa,01 | 42000 | 0 | 2 Rice Bgqd | Dec 11/20 | 191.00 | 1500VesselLd/10/00tFreeOut | Philippine |
| 12/29/2007 | 0 | Unrptd | 0 | Unrptd | HUI AN, 97 | 45428 | 7 | Unrptd | Aug - Sep | 41500 Day | 11-13MoTrdg | M.U.R |
| 8/4/2007 | 7 | Del Pass Colombo | 7 | Redel WC India | MATHIOS, 96 | 46678 | 7 | Unrptd | Dec 22/27 | 50000 Day | ChinaRd | Uniwell |
| 8/4/2007 | 6 | Del Canakkale | 7 | Redel Pass Muscat | DIMITRA, 95 | 41455 | 7 | 13k/24t | Aug 5/15 | 46000 Day | TripOutViaTurkey&MEGulf | CNR |
| 8/4/2007 | 6 | Del Sp Med | 0 | Unrptd | HUA QIANG, 98 | 45768 | 7 | Unrptd | Aug 1/10 | 42500 Day | 11-13MoTrdg | Hanjin |
| 8/4/2007 | 0 | DelSingapore/Jpn | 0 | Unrptd | SEABEE, 99 | 44651 | 7 | 13.5k/28t | Aug 20/31 | 41000 Day | 11-13MoTrdg | CNR |
| 8/4/2007 | 5 | Del Rotterdam | 0 | Redel Atlantic | ST. ANDREW, 96 | 41455 | 7 | Unrptd | Aug 20/25 | 43000 Day | 4-6MoTrdg | AMN Bulker |
| 8/4/2007 | 6 | DelExYardMarmara | 0 | Redel Atlantic | NOA, 85 | 43590 | 7 | 13k/26t | Aug 3/5 | 43000 Day | 189200GmBI;2-3LadenLegs | Allied |
| 8/4/2007 | 6 | Del Shanghai | 0 | Unrptd | KONKAR THEO, 94 | 45232 | 7 | Unrptd | RetroJul28 | 41000 Day | 5-7MoTrdg | Mittal |
| 8/4/2007 | 7 | Del Piraeus | 9 | Redel Pass Muscat | ANTONIS, 84 | 45090 | 7 | 72k/25t | Aug 3/6 | 49000 Day | 1980837GmBI;TripViaTurkey&MEGulf | CNR |
| 8/4/2007 | 8 | Del Singapore | 9 | Redel Japan | OCEAN SPIRIT, 00 | 45526 | 7 | Unrptd | Aug 3/5 | 36500 Day | EAusRd | BHP-Billit |
| 8/4/2007 | 7 | Del Pass Aden | 9 | RedelKarachiViaRichBay | EFFY N, 83 | 41824 | 7 | 13k/29t | Aug 1/5 | 35500 Day | 181800GmBI;RichardsBayRd | Shadab |
| 8/4/2007 | 0 | Del Taiwan | 9 | Redel Singapore/Japan | HULK, 95 | 46601 | 7 | 13.5k/26.5t | Aug 6/8 | 35000 Day | AusRd | CNR |
| 8/4/2007 | 7 | Del Mumbai | 9 | Redel NoChinaValndia | ANATOLI, 98 | 47116 | 7 | Unrptd | Aug 1/4 | 35000 Day | NoChinaShp | NoChinaShp |
| 8/11/2007 | 2 | Maracaibo | 5 | Dunkirk | IKAN KEMBONG, 05 | 50000 | 0 | 1 Coal | Aug 17/26 | 50.00 | PlC;FIO;5DaysShinc | NoChinaShp |
| 8/11/2007 | 5 | Del Norway | 2 | Redel USGulf Via UK | VELEBIT, 90 | 42249 | 7 | 14k/31.5t | Aug 13/17 | 35000 Day | 181000GmBI;Trip out | EltzenBC |
| 8/11/2007 | 4 | Del Nouakchott | 2 | Redel China | PACIFIC EMERALD, 96 | 49016 | 7 | 14k/31.1t | Sep 1/10 | 54000 Day | 2-4MoTrdg | CNR |
| 8/11/2007 | 9 | Del Paradip | 9 | RedelFarEastViaECIndia | LOYAL UNION, 07 | 48338 | 7 | Unrptd | Aug 8/12 | 45000 Day | Trip out | CNR |
| 8/11/2007 | 9 | Del Bayuquan | 0 | Unrptd | FORTUNE PEARL, 96 | 45585 | 7 | Unrptd | Aug 13/15 | 41500 Day | 11-13MoTrdg | KoreaLine |
| 9/8/2007 | 5 | Del StPetersburg | 6 | Redel E Mediterranean | KEN UNITY, 99 | 48913 | 7 | Unrptd | Aug 20/23 | 54000 Day | Trip out | EastemOce |
| 8/18/2007 | 9 | Del Bayuquan | 0 | Unrptd | FORTUNE PEARL, 96 | 55585 | 7 | Unrptd | Aug 15/18 | 43500 Day | 3-5MoTrdg | Ispat |
| 8/18/2007 | 7 | Del Pass Muscat | 5 | Redel Cont Via SoAfrica | JAG RANI, 84 | 41545 | 7 | 13.5k/23t | Aug 20/21 | 33000 Day | Trip out | Oldendorff |
| 8/4/2007 | 6 | Del Black Sea | 7 | Redel Pakistan | ARCTIC VOYAGER, 94 | 48170 | 7 | 14k/28t | Aug 1/5 | 60000 Day | Trip out | SanJuanNav |
| 8/25/2007 | 9 | Del Lianyungang | 0 | Unrptd | MAHARASHTRA, 95 | 45744 | 7 | Unrptd | Aug30/5Sep | 42500 Day | 4-5MoTrdg;Relet | I.V.S |
| 8/25/2007 | 3 | No Pacific | 7 | Pt Qasim/Karachi | LIBERTY GRACE,Usa,01 | 48620 | 2 | Wheat | Aug25/5Sep | 114.11 | 10000VesselLd/4000tFreeOut | Shaciab |
| 8/25/2007 | 9 | Del Tuticorin | 9 | Redel China | OCEAN GLOBE, 95 | 43246 | 7 | 13.5k/28t | Sep 1/10 | 43000 Day | Trip out | Copership |
| 8/25/2007 | 9 | Del Zhoushan | 0 | Unrptd | FENG HAI, 99 | 47980 | 7 | 13.5k/28t | Aug 25/28 | 44000 Day | 3-5MoTrdg | WorldFood |
| 9/1/2007 | 2 | Del PointComfort | 5 | Redel Spain Via USGulf | CRYSTAL SEAS, 95 | 43222 | 7 | Unrptd | Sep 1/10 | 63000 Day | Trip out | Transgrain |
| 9/1/2007 | 2 | Del USGulf | 0 | Unrptd | ELISE D, 85 | 42628 | 7 | 13k/21t | Aug 30/31 | 51000 Day | 198500GmBI;3-5MoTrdg | Armada |
| 9/8/2007 | 8 | Del Batangas | 9 | Redel FarEastViaSEAsia | ARRAN TRADER, 00 | 48220 | 7 | 14k/28.5t | Sep 5/10 | 56000 Day | Trip out | EastemOce |
| 9/8/2007 | 7 | Del Haldia | 2 | Redel USGulf | ASTRA, 04 | 48821 | 7 | Unrptd | Sep 11/13 | 58000 Day | Trip out | KoreaLine |
| 9/8/2007 | 7 | Del Durban | 9 | Redel WC Cent America | DORINE, 98 | 41488 | 7 | 13k/25t | Sep 10/14 | 60000 Day | Trip out | Ispat |
| 9/8/2007 | 2 | Del EC Mexico | 5 | Redel USGulf | UNION RANGER, 95 | 45621 | 7 | 14k/25t | Sep 4/5 | 66000 Day | Trip out | Oldendorff |
| 9/8/2007 | 2 | Del Punta Cardon | 0 | Redel Adriatic | PACIFIC EMERALD 96 | 49016 | 7 | 14k/31.1t | Sep 8/13 | 70000 Day | TripOut+$400000Bonus | CNR |
| 9/8/2007 | 0 | Del Tobata | 0 | Unrptd | XIN QIANG, 98 | 45732 | 7 | 14k/27t | Sep 7/9 | 49000 Day | 11-13MoTrdg | CNR |
| 9/8/2007 | 0 | Del Black Sea | 7 | Redel Red Sea Via NoPac | BELNOR, 96 | 47369 | 7 | Unrptd | Aug-Nov'08 | 25500 Day | TripOut Relet | EastemOce |
| 9/22/2007 | 0 | Unrptd | 0 | Unrptd | GRAND WAY, 94 | 44006 | 7 | 14.5k/27.5t | Sep 13/17 | 44000 Day | 5YrsTrcg | Copership |
| 9/8/2007 | 9 | Del China | 0 | Unrptd | GREAT SCENERY, 02 | 47760 | 7 | 14.1k/26t | Sep 12/14 | 44000 Day | 194200GmBI;11-13MoTrdg | Probulk |
| 9/15/2007 | 7 | DelVizagapatnam | 5 | Redel Skaw/CapePassero | ORIENTAL, 97 | 43917 | 7 | 13.5k/28t | Sep 12/15 | 52000 Day | 23-25MoTrdg | CNR |
| 9/15/2007 | 5 | Del Montoir | 9 | Redel FarEastViaECSoAm | STOVE TRANSPORT, 98 | 46223 | 7 | 14k/28.5t | Sep 11/12 | 59000 Day | Trans-AtRd | CNR |
| 9/15/2007 | 9 | Del Huelva | 0 | Unrptd | AQUILA ATMOSPHERE, 02 | 48640 | 7 | 14k/33t | Sep 10/12 | 52500 Day | Trip out | PanOcean |
| 9/15/2007 | 7 | Del Rozi | 0 | Unrptd | HONESTY OCEAN, 97 | 47240 | 7 | Unrptd | Sep 20/30 | 47000 Day | 8-10MoTrdg | Oldendorff |
| 9/15/2007 | 8 | New So Wales | 1 | EC India or Haldia | GENCO PROSPERITY, 97 | 46000 | 0 | 1 Coking Coal | Oct 5/15 | 61.00 | 23-25MoTrdg | Hanjin |
| 9/15/2007 | 6 | Del E Med | 7 | Redel Indian Ocean | EUGENIA B, 98 | 46750 | 7 | Unrptd | Sep 15/17 | 65000 Day | FIO 20000tShex/10000tOr12000tShex | S.A.I.L |
| 9/15/2007 | 2 | Del Longkou | 7 | Redel Paradip | ENTERPRISE, 00 | 45572 | 7 | Unrptd | Sep 20/25 | 52000 Day | TripOutViaBlackSea | CNR |
| 9/15/2007 | 9 | Del Jacksonville | 0 | Unrptd | SAGA SPRAY, 94 | 47029 | 7 | Unrptd | Sep 14/16 | 55000 Day | 50-100DaysTrdg | KW Bulkers |
| 9/15/2007 | 9 | Del Xingang | 0 | Unrptd | TALENT, 96 | 47574 | 7 | Unrptd | Sep 17/20 | 56000 Day | 3-5MoTrdg | BHP-Billit |

| Date | Dur | Del Port | Redel Port | Vessel | DWT | Rate Basis | Rate | Terms | Charterer |
|---|---|---|---|---|---|---|---|---|---|
| 9/15/2007 | 9 | Del No China | Redel Taiwan | KOLOCEP, 96 | 41712 | 7 | 14k/29.5t | Trip out | Sinochart |
| 9/15/2007 | 6 | Del Damietta | Redel Singapore/Japan | SHOU CHANG HAI, 84 | 45149 | 7 | 13k/26.5t | 2035544GmBl;Trip out | CNR |
| 9/15/2007 | 7 | Del Queensland | Vizagapatnam | IMPERIAL SPIRIT, 05 | 50000 | 1 | Coking Coal | FIO;20000tShex/70000tShex | V.S.P. |
| 9/22/2007 | 8 | Del USGulf | Redel Med op India | PRETTY LADY, 85 | 43648 | 6 | 16/18 | TripOut;Op56100tDay | Energy |
| 9/22/2007 | 6 | Del Longkou | Redel Singapore/Japan | ENTERPRISE, 00 | 58258 | 6 | 20/25 | 2LadenLegs | PacifBasin |
| 9/22/2007 | 9 | Del Tampa | Redel FarEastViaUSGulf | YONG AN 3, 96 | 44109 | 7 | 14k/26t | Trip out | Hanjin |
| 9/29/2007 | 2 | Del Queensland | EC India | KANG CHENG, 04 | 50000 | 1 | Coking Coal | FIO;20000tShex/10000tShex | S.A.I.L. |
| 9/29/2007 | 8 | Del Chennai | Redel China | ARHIMIDIS SB, 95 | 45320 | 7 | 1/15 | 58.50 | Trustworth |
| 9/29/2007 | 7 | DelSailCapetown | Redel ContViaECSoAm | ARCTIC VOYAGER, 94 | 48170 | 7 | 14k/28t | RetroSep17 | ACTI |
| 9/29/2007 | 0 | Del Zhanjiang | Unrptd | ARRAN TRADER, 00 | 48220 | 7 | 14k/28.5t | Trip out | BHP-Billit |
| 11/3/2007 | 5 | Del Tarragona | Redel RedSea/PassMuscat | CHRISTOS, 83 | 41502 | 7 | 13k/28t | 4-6MoTrdg | ChinaOcean |
| 11/3/2007 | 6 | Del Qingdao | Redel China | ELPIS, 97 | 46645 | 7 | Unrptd | 1698552GmBl;Trip out | CNR |
| 11/3/2007 | 6 | Del Haldia | Redel ECIndia Via Indo | ENTERPRISE, 00 | 45572 | 7 | 14k/28t | Trip out | PacifBasin |
| 11/24/2007 | 7 | Del Rizhao | Redel EC India | GANG RUI 535, 96 | 44062 | 7 | Unrptd | NoPacRd | CNR |
| 11/24/2007 | 9 | Del Lanshan | Redel Singapore/Japan | PACIFIC VIGOROUS, 93 | 43354 | 7 | 14k/25t | 1889760GmBl;Trip out | CNR |
| 11/24/2007 | 9 | Del Huang Pu | Redel Atlantic | SELEND NILAM, 97 | 47214 | 7 | Unrptd | Trip out | CNR |
| 11/24/2007 | 9 | Del Shanghai | Redel SE Asia | DUBAI FAITH, 96 | 45681 | 7 | 14,3k/26t | NoPacRd | Cargill |
| 11/24/2007 | 8 | Del Qingdao | Redel NigeriaViaTaiwan | ANANGEL ENOSIS, 95 | 50000 | 1 | Coal | 70.00 | Corus |
| 11/3/2007 | 2 | Del Zhanjiang | Maracaibo | GULF GLOBE, 94 | 43246 | 7 | 13.5k/22.2t | PIC-FIO;5DaysShinc | KoreaLine |
| 11/3/2007 | 5 | Ymuiden | Ymuiden | COS CHERRY, 96 | 46840 | 7 | 14.5k/28t | 9-11MoTrdg | PanOcean |
| 11/3/2007 | 0 | Unrptd | Unrptd | LIAN HUA HAI, 00 | 47980 | 7 | Unrptd | 11-13MoTrdg | CNR |
| 11/3/2007 | 6 | Del Haldia | Redel China | SYRENA, 97 | 48139 | 7 | 14.7k/37t | TripOutViaBrazil | ChinaOcean |
| 11/3/2007 | 2 | Del USGulf | Redel Spain | ORCHID OCEAN, 94 | 45262 | 7 | Unrptd | Trip out | CNR |
| 11/10/2007 | 9 | Del Mina Saqr | Redel China Via WCIndia | CORAL ACE, 99 | 47286 | 7 | Unrptd | Trip out | Armada |
| 11/10/2007 | 9 | Del Tonda | Redel USGulf | AETOS, 01 | 48893 | 7 | 14k/29t | Trip out | BritishMar |
| 11/10/2007 | 9 | Del Xingang | Redel Singapore/Japan | SEA MAPLE, 00 | 45710 | 7 | 14,3k/26.5t | NoPacRd | SK Shipp |
| 11/10/2007 | 2 | DeMississippiRv | Redel Skaw/CapePassero | STOVE TRANSPORT, 98 | 46223 | 7 | 14k/28.5t | Trip out | ACTI |
| 11/10/2007 | 0 | Unrptd | Unrptd | STAR POLARIS, 96 | 43775 | 7 | 14k/24t | 9-11MoTrdg | CNR |
| 11/3/2007 | 4 | Del Rio Grande | Redel Skaw/CapePassero | LION, 86 | 40836 | 7 | 13k/24t | TripOutViaECSoAm+$950000Bonus | Uniocean |
| 11/17/2007 | 4 | Del NuevaPalmira | Redel Skaw/CapePassero | MATIRA, 94 | 45863 | 7 | Unrptd | 1780000GmBl;TripOut+$80000Bonus | Cargill |
| 11/17/2007 | 7 | Del Japan | Redel Singapore/Japan | NONI, 96 | 44377 | 7 | Unrptd | NoPacRd | NobleChart |
| 11/17/2007 | 9 | Del Tianjin | Redel China | GOLDEN WISH, 97 | 45719 | 7 | 14k/26t | 1934465GmBl;AusRd | Dreyfus |
| 12/15/2007 | 9 | Del Qingdao | Redel So Africa | OCEANIC ANGEL, 99 | 46677 | 7 | Unrptd | PhillippinesRd | EasternOce |
| 11/17/2007 | 4 | Del Monrovia | Redel Karachi | PROGRESS II, 95 | 46641 | 7 | Unrptd | BrazilRd | Cargill |
| 11/17/2007 | 7 | Del Dahej | Redel Singapore/Japan | VOC PROGRESS, 89 | 40908 | 7 | 13k/24t | Trip out | Ikhlas |
| 11/17/2007 | 7 | Del Singapore/Japan | Redel USGulf | YONG AN 3, 96 | 44129 | 7 | 14k/26t | 180400GmBl;Trip out | Uniwell |
| 11/24/2007 | 2 | Del Nagoya | Redel Skaw/CapePassero | ALBERTO TOPIC, 91 | 44821 | 7 | 14k/29t | Trip out | Daebo |
| 11/17/2007 | 8 | Del Singapore | Redel ECIndia Via Indo | YANTIAN SEA, 95 | 42066 | 7 | 13k/22t | Trip out | EitzenBC |
| 11/24/2007 | 7 | Del Paradip | Redel Pass Muscat | YANGTZE RIVER, 98 | 44114 | 7 | Unrptd | TripOutViaBlackSea&MEGulf | NYK |
| 11/24/2007 | 0 | Del Antwerp | Unrptd | MAJESTIC, 25 | 42838 | 7 | 13k/25t | 1892000GmBl;NCSoAmRd | WBC |
| 11/3/2007 | 0 | Del EC India | Unrptd | AETOS, 01 | 48893 | 7 | 14k/29t | Nov 18/20 | TripOut;Relet | I.M.R. |
| 10/6/2007 | 7 | Del Nemrut Bay | Unrptd | DUBAI FORTUNE, 95 | 42850 | 7 | 14k/27.5t | 11-13MoTrdg | E.M.R. |
| 10/6/2007 | 9 | Del Xingang | Unrptd | SHIPPING-LAND 6, 95 | 47240 | 7 | Unrptd | 2035114GmBl;5-7MoTrdg | Seawind |
| 10/6/2007 | 4 | Del Sail Luanda | Redel Skaw/CapePassero | JAG RIDDHI, 97 | 47712 | 7 | 14k/26t | TripOutViaECSoAm | Dreyfus |
| 10/6/2007 | 9 | Del USGulf | Redel Singapore/Japan | NENA C, 94 | 43188 | 7 | 13.5k/24.5t | Trip out | CNR |
| 10/6/2007 | 8 | Del Vizagapatnam | Redel Indonesia | TAI SHAN HAI, 86 | 47665 | 7 | 13.5k/24.5t | PtDampierRd | Armada |
| 10/6/2007 | 8 | Del Far East | Unrptd | BLUE SEAS, 95 | 45654 | 7 | 13.5k/25t | 11-13MoTrdg | Hanjin |
| 10/6/2007 | 0 | Del Pt Keelang | Unrptd | LIAN HUA HAI, 00 | 47980 | 7 | Unrptd | 11-13MoTrdg | Armada |
| 10/6/2007 | 6 | Del Xingang | Redel India Via China | TOPAZ, 85 | 46874 | 7 | 13.5k/25t | 2035114GmBl;Trip out | Armada |
| 10/6/2007 | 4 | Del Yuzhny | Redel W Africa | BIBI-M, 84 | 47879 | 7 | 13.5k/29t | Trip out | CNR |
| 10/6/2007 | 6 | Del Xingang | Unrptd | NORMANNIA, 97 | 42648 | 7 | Unrptd | 11-13MoTrdg | Oldendorff |
| 10/6/2007 | 7 | Del EC India | Unrptd | DARYA RANI, 96 | 45654 | 7 | 13.5k/25t | 4-6MoTrdg | W.B.C. |
| 10/6/2007 | 7 | Del Lanshan | Unrptd | LAKE GLOBE, 94 | 43246 | 7 | Unrptd | 3-4MoTrdg | CNR |
| 10/6/2007 | 9 | Del Marmara | Redel Singapore/Japan | MAHA DEEPA, 85 | 45501 | 7 | 13k/27t | 2066000GmBl;Trip out | CNR |
| 10/6/2007 | 9 | Del Ning Bo | Redel China | MING HAI, 96 | 45593 | 7 | Unrptd | indonesiaRd | Armada |
| 10/6/2007 | 9 | Del Xingang | Redel China | PRETTY FLOURISH, 97 | 46841 | 7 | 14k/29t | SEAsiaRd;NickelOre | CNR |
| 10/13/2007 | 9 | Del Yosu | Redel W Africa | ANGELINA THE GREAT N | 40763 | 7 | 14k/25t | 1776340GmBl;Trip out | CNR |
| 10/13/2007 | 2 | Del USGulf | Redel UK/Continent | SAGA SPRAY, 94 | 47029 | 7 | 14k/35t | Trip out | ACTI |

| Date | Size | Port | Destination | Route | Vessel | DWT | Cargo | Laycan | Rate | Terms | Charterer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13/2007 | 5 | Del Bilbao | Redel Skaw/CapePassero | VELEBIT, 90 | 42249 | 7 | 14k/24.5t | Oct 10/12 | 49500 Day | 18110000GmBl;NCSoAmRd | Atlas |
| 10/13/2007 | 4 | Del W Africa | RedelBlackSeaViaConakry | ERINI K, 96 | 41712 | 7 | 14k/29.5t | Oct 16/18 | 51000 Day | Trip out | Oldendorff |
| 10/13/2007 | 2 | Maracaibo | Praia Mole | MASS GLORY, 93 | 50000 | 1 | Coal | Oct 17/26 | 58.25 | PIC.FIO;20000tShinc/35000tShinc | Mittal |
| 10/13/2007 | 9 | Del Tokuyama | Unrptd | FORTUNE PEARL, 96 | 45585 | 7 | Unrptd | Oct 11/12 | 61500 Day | 4-4MoTrdg | Daewoo |
| 10/13/2007 | 9 | Del PassGibraltar | Unrptd | MARYBELLE, 87 | 42552 | 7 | 14k/27t | Oct 10/14 | 50500 Day | 1785000GmBl;5-7MoTrdg | Armada |
| 10/13/2007 | 0 | Del China | Unrptd | ANTARIOS BREEZE, 84 | 40501 | 7 | 13.5k/24t | Nov 15/30 | 38500 Day | 23-25MoTrdg | CNR |
| 10/13/2007 | 6 | Del Annaba | Redel Atlantic | BROTHER GLORY, 98 | 46211 | 7 | 14k/29t | Oct 13/17 | 55000 Day | 2-4MoTrdg | CNR |
| 10/13/2007 | 2 | Del USGulf | Redel Mediterranean | FATMA ANA, 85 | 42842 | 7 | 13.5k/25t | Oct 17/19 | 80000 Day | 1909000GmBl;Trip out | Armada |
| 10/20/2007 | 6 | Del Lagos | RedelBlackSeaViaWAfrica | PROTECTOR, 84 | 42833 | 7 | 13k/23t | Oct 25/30 | 49000 Day | 1777036GmBl;Trip out | Oldendorff |
| 10/20/2007 | 9 | Del Varna | Redel Atlantic | B INDIA, 83 | 41427 | 7 | 13k/25t | Nov 1/10 | 50000 Day | 2LadenLegs | CNR |
| 10/20/2007 | 4 | Del Rio Grande | Redel ContViaArgentina | GLOBAL OCEAN, 97 | 45600 | 7 | Unrptd | Oct 22/25 | 60000 Day | TripOut+$900000Bonus | Armada |
| 10/20/2007 | 6 | Del Canakkale | Redel Atlantic | NOA, 85 | 43590 | 7 | 13k/26t | Oct27/5Nov | 55000 Day | 1892000GmBl;2 5-4MoTrdg | Rice Co. |
| 10/20/2007 | 8 | Del Prai | Redel China | OLIJA, 96 | 41712 | 7 | Unrptd | Oct 18/20 | 58000 Day | Trip out | Oldendorff |
| 10/20/2007 | 8 | Del Malaysia | Redel Red Sea ViaBrazil | CHANNEL RANGER, 95 | 43108 | 7 | 14k/24t | Oct 15/20 | 65000 Day | Trip out | NoChinaShp |
| 10/20/2007 | 4 | Del Douala | Redel FarEastViaUSGulf | SANKO PHOENIX, 97 | 46010 | 7 | Unrptd | Oct 15/16 | 66750 Day | Trip out | PanOcean |
| 10/20/2007 | 6 | Del PassGibraltar | RdelIndiaViaCasablanca | YANGTZE RIVER, 98 | 44114 | 7 | Unrptd | Oct 17/22 | 65000 Day | Trip out | Warnapol |
| 10/20/2007 | 2 | MississippiRiver | Bejaia | STEAMER | 40000 | 2 | Corn | Oct 20/30 | 80.00 | FIO;8000/9000t | Dreyfus |
| 10/27/2007 | 6 | Del Cape Passero | Redel Skaw/CapePassero | SOPHIA, 96 | 45758 | 7 | Unrptd | RetroOct13 | 60000 Day | NCSoAmRd | Oldendorff |
| 10/27/2007 | 8 | Del Prai | Redel China | STAR SEA COSMOS, 00 | 48893 | 7 | 14k/28t | Oct 23/25 | 73000 Day | AusRd | SinoEast |
| 10/20/2007 | 4 | Del Lome | Redel FarEastViaECSoAm | PACIFIC SCORPIO, 97 | 49061 | 7 | 14.5k/31t | Oct 25/27 | 69000 Day | Trip out | Wilmar |
| 10/27/2007 | 9 | Del Taiwan | Redel China | ELPIS, 97 | 46645 | 7 | Unrptd | Oct 22/24 | 68000 Day | SEAsiaRd | Skaarup |
| 10/20/2007 | 6 | Del No China | Unrptd | OCEAN SPIRIT, 00 | 45526 | 7 | Unrptd | Oct 20/29 | 65000 Day | 5-7MoTrdg | CNR |
| 10/27/2007 | 0 | Unrptd | Redel Mediterranean | BALGARKA, 04 | 41327 | 7 | 14k/30.5t | Jan | 55000 Day | 9MoTrdg | Ark Shipp |
| 10/27/2007 | 2 | DelMississippiRv | Redel Spain | DORINE, 98 | 41488 | 7 | Unrptd | Oct 27/30 | 69500 Day | Trip out | Transgrain |
| 10/27/2007 | 9 | Del Zhanjiagang | Unrptd | JIAN QIANG, 96 | 46807 | 7 | 14k/27t | Oct 27/30 | 69500 Day | 4-5MoTrdg;Relet | CNR |
| 10/27/2007 | 9 | Del Gijon | Redel FarEastViaUSGulf | JIN QIANG, 98 | 47324 | 7 | Unrptd | RetroOct19 | 62000 Day | Trip out | CNR |
| 10/27/2007 | 9 | Del Tonda | Unrptd | MYSTRAS, 01 | 48377 | 7 | 14.3k/30t | Oct 27/28 | 73000 Day | 3-4MoTrdg;Relet | BHP-Billit |
| 10/27/2007 | 5 | Del Portbury | Redel Egypt Med Via UK | TASSOS N, 86 | 41343 | 7 | 13k/24t | Oct 27/30 | 65000 Day | 1804000GmBl;Trip out | Norton |
| 10/27/2007 | 0 | Del Cochin | Redel China | ATLANTICA, 01 | 44750 | 7 | Unrptd | Oct 27/31 | 70000 Day | Trip out | Benemar |
| 12/15/2007 | 7 | Del Paradip | Redel China | ASTRA, 04 | 48821 | 7 | Unrptd | Dec 11/12 | 72000 Day | Trip out | CNR |
| 12/1/2007 | 5 | Del Karachi | Redel Pakistan | IKAN ALTAMIRA, 85 | 42489 | 7 | 14k/24t | Nov 28/30 | 46000 Day | 1787000GmBl;SoAfricaRd | Shadab |
| 12/15/2007 | 9 | Del Cape Passero | Redel Skaw/CapePassero | GULF SIEB, 89 | 47980 | 7 | 13k/23t | RetroNov21 | 50000 Day | 2000000GmBl;USGulfRd | CNR |
| 12/15/2007 | 5 | Del Amsterdam | Redel China | ENERGY RANGER, 96 | 45219 | 7 | Unrptd | Dec 4/5 | 50000 Day | Trip out | Benemar |
| 12/1/2007 | 7 | Del Mumbai | Redel China | HAWK, 94 | 45111 | 7 | 13k/27.8t | Dec 7/13 | 45000 Day | Trip out | CNR |
| 12/1/2007 | 2 | Del Shanghai | Redel IndiaVaindonesia | HENG CHANG, 97 | 42717 | 7 | Unrptd | Dec 8/15 | 55000 Day | TripOut+$900000Bonus | Armada |
| 12/1/2007 | 9 | Del Tartous | Redel FarEastViaUSGulf | GLEN MOOAR, 98 | 46570 | 7 | 14k/29t | Nov28/2Dec | 55000 Day | Trip out | Daeyang |
| 12/1/2007 | 8 | Del Cebu | Redel ContinentViaAus | LIHAI, 98 | 46672 | 7 | Unrptd | Dec 10/20 | 57000 Day | 3-5MoTrdg;Relet | Oldendorff |
| 12/8/2007 | 9 | Del Hachinohe | Unrptd | KRATEROS, 92 | 43595 | 7 | 13.5k/26.5t | Dec 9/15 | 57000 Day | Trip out | Harjin |
| 12/8/2007 | 7 | Del Chennai | Redel China | BRAVE JL, 84 | 50000 | 2 | Hvy Grain | Dec 21/30 | 110.00 | FIO;10000t/8000t | Brownstone |
| 12/1/2007 | 2 | Del USGulf | China | CHRISTOS, 83 | 41502 | 7 | 13k/28t | Nov28/5Dec | 52000 Day | 1698552GmBl;2LadenLegs | Sinochart |
| 12/8/2007 | 6 | Del Chennai | Redel Atlantic | MARYLEBONE, 01 | 48377 | 7 | Unrptd | Dec 15/20 | 64000 Day | Trip out | Oldendorff |
| 12/8/2007 | 9 | Del Galveston | Redel China | KEN UNITY, 99 | 48913 | 7 | Unrptd | Dec 10/15 | 49650 Day | Trip out | CNR |
| 12/8/2007 | 7 | Del Kaohsiung | Redel EC India Via indo | SEALADY, 95 | 42183 | 7 | Unrptd | Dec 10/20 | 55000 Day | Trip out | EitzenBC |
| 12/8/2007 | 7 | Del Haldia | Redel China | ONDINA, 96 | 47639 | 7 | 14.3k/28.5t | Jan 10/15 | 65000 Day | Trip out | CNR |
| 12/8/2007 | 7 | Del Reunion Isl | Redel ChinaViaSoAfrica | GLOBETROTTER, 01 | 48911 | 7 | Unrptd | Dec 7/8 | 70000 Day | Trip out | CNR |
| 12/8/2007 | 7 | Del China | Unrptd | PROGRESS II, 95 | 46641 | 7 | Unrptd | Dec 18/22 | 65000 Day | 5-7MoTrdg | Daewoo |
| 12/8/2007 | 7 | Del Haldia | Redel China | DUBAI FREEDOM, 94 | 45734 | 7 | 14.3k/26t | Dec 17/22 | 66000 Day | Trip out | Oxbow |
| 12/1/2007 | 9 | Del Chiba | Unrptd | BLEST MARINE, 97 | 47200 | 7 | 14k/32t | Dec 4/10 | 55000 Day | 3-5MoTrdg | Oceanbulk |
| 12/15/2007 | 2 | Venezuela | Unrptd | DAEBO PIONEER, 07 | 50000 | 1 | PetroleumCoke | Dec28/1Jan | 73.00 | FIO;25000tShinc/12000tShinc | Daewoo |
| 12/15/2007 | 6 | Miliaki | Redel Singapore/Japan | GRAND WAY, 94 | 44006 | 7 | 14.5k/27.5t | Dec24/4Jan | 52500 Day | 1942000GmBl;Trip out | CNR |
| 12/15/2007 | 9 | Del Paradip | Redel Pakistan Via indo | MARIA TH, 96 | 45622 | 7 | Unrptd | Dec 20/25 | 50000 Day | 1911000GmBl;TripOut+$900000Bonus | Uniwell |
| 12/15/2007 | 2 | Del Lianyungang | Redel E Med Via NCSoAm | OTELLO MANSHIP, 85 | 42244 | 7 | 14.5k/28t | Dec 15/18 | 65000 Day | 3-5MoTrdg | Shadab |
| 12/15/2007 | 2 | Del Point Lisas | Redel Mediterranean | CAPETAN MINAS, 84 | 45260 | 7 | 13.4k/33t | Dec 12/15 | 32500 Day | 1407511GmBl;Trip out | S.B.C. |
| 12/29/2007 | 2 | Del USGulf | Redel Mediterranean | KING COAL, 97 | 50000 | 1 | Coal | Jan 15/20 | 64.00 | PIC.FIO;5DaysShinc | Energy Corus |
| 12/29/2007 | 2 | Mobile | Immringham | | | | | | | | |